**Fill in this information to identify the case:**

Debtor name  **Castlerock Properties, LLC**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF MISSISSIPPI

Case number (if known)  _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ■ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **September 23, 2020**          *X /s/ Jerry Hall*
                                          Signature of individual signing on behalf of debtor

                                          **Jerry Hall**
                                          Printed name

                                          **Member**
                                          Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name  **Castlerock Properties, LLC**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF MISSISSIPPI

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals       12/15

---

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*................................................................................... $    **6,612,000.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................ $    **10,081.00**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................. $    **6,622,081.00**

---

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................................... $    **7,856,966.00**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $    **0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................. +$    **3,036,637.25**

4. **Total liabilities** ........................................................................................................................
   Lines 2 + 3a + 3b

$    **10,893,603.25**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **Castlerock Properties, LLC**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF MISSISSIPPI

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Bank First | Checking | | $0.00 |
| 3.2. | Renasant Bank | Checking | | $81.00 |

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**                                                                          $81.00
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:    Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.  **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | Damage Check | $10,000.00 |

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor **Castlerock Properties, LLC**      Case number *(If known)* _____
         Name

9.    **Total of Part 2.**                                                    | $10,000.00 |
      Add lines 7 through 8. Copy the total to line 81.

**Part 3:**    Accounts receivable

10. **Does the debtor have any accounts receivable?**

     ■ No. Go to Part 4.
     ☐ Yes Fill in the information below.

**Part 4:**    Investments

13. **Does the debtor own any investments?**

     ☐ No. Go to Part 5.
     ☐ Yes Fill in the information below.

**Part 5:**    Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

     ☐ No. Go to Part 6.
     ☐ Yes Fill in the information below.

**Part 6:**    Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

     ☐ No. Go to Part 7.
     ☐ Yes Fill in the information below.

**Part 7:**    Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

     ☐ No. Go to Part 8.
     ☐ Yes Fill in the information below.

**Part 8:**    Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

     ☐ No. Go to Part 9.
     ☐ Yes Fill in the information below.

**Part 9:**    Real property

54. **Does the debtor own or lease any real property?**

     ☐ No. Go to Part 10.
     ☐ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | | | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Castlerock Properties, LLC** | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| 55.1. | **Lot x-5**<br>**Reunion Subdivision** | | $0.00 | $447,000.00 |
| 55.2. | **Lot 1 Castlewoods**<br>**Subdivision** | | $0.00 | $246,000.00 |
| 55.3. | **Lot 104 Whittington**<br>**Subdivision** | | $0.00 | $668,000.00 |
| 55.4. | **Lot x-4 Reunion**<br>**Subdivision** | | $0.00 | $589,000.00 |
| 55.5. | **311 Penrose Place**<br>**Madison, MS** | | $0.00 | $500,000.00 |
| 55.6. | **313 Penrose Place**<br>**Madison, MS** | | $0.00 | $450,000.00 |
| 55.7. | **319 Penrose Place**<br>**Madison, MS** | | $0.00 | $560,000.00 |
| 55.8. | **Lot 144 Whittington**<br>**Subdivision** | | $0.00 | $495,000.00 |
| 55.9. | **Lot 2, Castlewoods**<br>**Subdivision** | | $0.00 | $254,000.00 |
| 55.10. | **Lot 23 Castlewoods**<br>**Subdivision** | | $0.00 | $255,000.00 |
| 55.11. | **Lot 4, Lost Pine**<br>**Subdivision** | | $0.00 | $245,000.00 |
| 55.12. | **Lot 44, Lost Pine**<br>**Subdivision** | | $0.00 | $270,000.00 |
| 55.13. | **Lot 45, Lost Pine**<br>**Subdivision** | | $0.00 | $275,000.00 |
| 55.14. | **Lot 81, Sweetbriar**<br>**Subdivision** | | $0.00 | $235,000.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **Castlerock Properties, LLC**                                   Case number *(If known)* _____
Name

| | | | | |
|---|---|---|---|---|
| 55.15. | **Lot 87, Whittington Subdivision** | | $0.00 | $550,000.00 |
| 55.16. | **Lot U-Reunion Subdvision** | | $0.00 | $573,000.00 |
| 55.17. | **Lot 131 Whittington Subdivision** | | $0.00 | $0.00 |

56.   **Total of Part 9.**                                                                          $6,612,000.00

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 10:**   **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:**   **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

Debtor   **Castlerock Properties, LLC**_____   Case number *(If known)* _____
         Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $81.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $10,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.......................................................>* | | $6,612,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $10,081.00 | + 91b. $6,612,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $6,622,081.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __**Castlerock Properties, LLC**__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF MISSISSIPPI__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

| 2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

| 2.1 | **BancorpSouth** | | |
|---|---|---|---|
| | Creditor's Name | | |

| Describe debtor's property that is subject to a lien | $256,000.00 | $255,000.00 |
|---|---|---|
| **Lot 23 Castlewoods Subdivision** | | |

**120 Colony Crossing Wa**
**Madison, MS 39110**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 | **Bancorpsouth** | | |
|---|---|---|---|
| | Creditor's Name | | |

| Describe debtor's property that is subject to a lien | $248,000.00 | $245,000.00 |
|---|---|---|
| **Lot 4, Lost Pine Subdivision** | | |

**120 Colony Crossing Wa**
**Madison, MS 39110**
Creditor's mailing address

**Describe the lien**
D/T

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Debtor    **Castlerock Properties, LLC**                                                    Case number (if known) _____
_____
Name

■ No                              ☐ Contingent
☐ Yes. Specify each creditor,    ☐ Unliquidated
including this creditor and its relative    ☐ Disputed
priority.

---

| 2.3 | **Bancorpsouth** | Describe debtor's property that is subject to a lien | $273,000.00 | $270,000.00 |
|---|---|---|---|---|

Creditor's Name

**120 Colony Crossing Wa**
**Madison, MS 39110**

Creditor's mailing address

**Lot 44, Lost Pine Subdivision**

**Describe the lien**
**D/T**

**Is the creditor an insider or related party?**

■ No
Creditor's email address, if known    ☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**    ■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an**    **As of the petition filing date, the claim is:**
**interest in the same property?**    Check all that apply
■ No    ☐ Contingent
☐ Yes. Specify each creditor,    ☐ Unliquidated
including this creditor and its relative    ☐ Disputed
priority.

---

| 2.4 | **BancorpSouth** | Describe debtor's property that is subject to a lien | $276,800.00 | $275,000.00 |
|---|---|---|---|---|

Creditor's Name

**120 Colony Crossing Wa**
**Madison, MS 39110**

Creditor's mailing address

**Lot 45, Lost Pine Subdivision**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
Creditor's email address, if known    ☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**    ■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an**    **As of the petition filing date, the claim is:**
**interest in the same property?**    Check all that apply
■ No    ☐ Contingent
☐ Yes. Specify each creditor,    ☐ Unliquidated
including this creditor and its relative    ☐ Disputed
priority.

---

| 2.5 | **BancorpSouth** | Describe debtor's property that is subject to a lien | $237,600.00 | $235,000.00 |
|---|---|---|---|---|

Creditor's Name

**120 Colony Crossing Wa**
**Madison, MS 39110**

Creditor's mailing address

**Lot 81, Sweetbriar Subdivision**

**Describe the lien**
**D/T**

**Is the creditor an insider or related party?**

■ No
Creditor's email address, if known    ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor **Castlerock Properties, LLC**

Name

Case number (if known) _____

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**

Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.6 | **BankPlus** | **Describe debtor's property that is subject to a lien** | $447,054.00 | $447,000.00 |
|-----|-----|-----|-----|-----|

Creditor's Name

**Lot x-5**
**Reunion Subdivision**

**1200 Eastover Drive**
**Suite 100**
**Jackson, MS 39211**

Creditor's mailing address

**Describe the lien**

**D/T**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**

Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.7 | **BankPlus** | **Describe debtor's property that is subject to a lien** | $668,125.00 | $668,000.00 |
|-----|-----|-----|-----|-----|

Creditor's Name

**Lot 104 Whittington Subdivision**

**1200 Eastover Drive**
**Suite 100**
**Jackson, MS 39211**

Creditor's mailing address

**Describe the lien**

**D/T**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**

Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.8 | **BankPlus** | **Describe debtor's property that is subject to a lien** | $589,600.00 | $589,000.00 |
|-----|-----|-----|-----|-----|

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor **Castlerock Properties, LLC**          Case number (if known) _____
_____
Name

Creditor's Name
_____

**1200 Eastover Drive
Suite 100
Jackson, MS 39211**
_____
Creditor's mailing address


_____
Creditor's email address, if known

**Date debt was incurred**


**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.
_____

**Lot x-4 Reunion Subdivision**

**Describe the lien**
D/T
_____
**Is the creditor an insider or related party?**

■ No
☐ Yes
**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **BankPlus** | **Describe debtor's property that is subject to a lien** | $561,000.00 | $560,000.00 |
|---|---|---|---|---|

Creditor's Name
_____

**1200 Eastover Drive
Suite 100
Jackson, MS 39211**
_____
Creditor's mailing address


_____
Creditor's email address, if known

**Date debt was incurred**


**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.
_____

**319 Penrose Place
Madison, MS**
_____

**Describe the lien**
D/T
_____
**Is the creditor an insider or related party?**

■ No
☐ Yes
**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | **BankPlus** | **Describe debtor's property that is subject to a lien** | $495,825.00 | $495,000.00 |
|---|---|---|---|---|

Creditor's Name
_____

**1200 Eastover Drive
Suite 100
Jackson, MS 39211**
_____
Creditor's mailing address


_____
Creditor's email address, if known

**Date debt was incurred**


**Last 4 digits of account number**

**Lot 144 Whittington Subdivision**
_____

**Describe the lien**
D/T
_____
**Is the creditor an insider or related party?**

■ No
☐ Yes
**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor **Castlerock Properties, LLC**            Case number (if known) _____

Name

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.11 | **BankPlus** | **Describe debtor's property that is subject to a lien** | **$234,000.00** | **$230,000.00** |
|---|---|---|---|---|

Creditor's Name

**1200 Eastover Drive**
**Suite 100**
**Jackson, MS 39211**

Creditor's mailing address

**Lot 3 Castlewoods**

**Describe the lien**
**D/T**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.12 | **BankPlus** | **Describe debtor's property that is subject to a lien** | **$552,535.00** | **$550,000.00** |
|---|---|---|---|---|

Creditor's Name

**1200 Eastover Drive**
**Suite 100**
**Jackson, MS 39211**

Creditor's mailing address

**Lot 87, Whittington Subdivision**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.13 | **BankPlus** | **Describe debtor's property that is subject to a lien** | **$573,373.00** | **$573,000.00** |
|---|---|---|---|---|

Creditor's Name

**1200 Eastover Drive**
**Suite 100**
**Jackson, MS 39211**

Creditor's mailing address

**Lot U-Reunion Subdvision**

**Describe the lien**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor **Castlerock Properties, LLC**

Name

Case number (if known) _____

---

**D/T**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.1 4 | **Citizens National Bank** | | | Describe debtor's property that is subject to a lien | $457,293.00 | $450,000.00 |
|---|---|---|---|---|---|---|

Creditor's Name

**114 Grandview Blvd.**
**Ridgeland, MS 39157**

**313 Penrose Place**
**Madison, MS**

Creditor's mailing address

**Describe the lien**

**D/T**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.1 5 | **Citizens National Bank** | | | Describe debtor's property that is subject to a lien | $481,469.00 | $0.00 |
|---|---|---|---|---|---|---|

Creditor's Name

**114 Grandview Blvd.**
**Madison, MS 39110**

**Lot 131 Whittington Subdivision**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor  **Castlerock Properties, LLC**                                    Case number (if known) _____
         Name

■ No

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

---

| 2.1 6 | **Community Bank** | | |
|---|---|---|---|
| | Creditor's Name | | |

**751 Lake Harbour Drive
Ridgeland, MS 39157**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Describe debtor's property that is subject to a lien**
**Lot 1 Castlewoods Subdivision**

**Describe the lien**
**D/T**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$246,854.00          $246,000.00

---

| 2.1 7 | **Community Bank** | | |
|---|---|---|---|
| | Creditor's Name | | |

**751 Lake Harbour Drive
Ridgeland, MS 39157**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Describe debtor's property that is subject to a lien**
**Lot 2, Castlewoods Subdivision**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$254,054.00          $254,000.00

---

| 2.1 8 | **Renasant Bank** | | |
|---|---|---|---|
| | Creditor's Name | | |

**1600 Highland Cly. Pkw
Madison, MS 39110**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**311 Penrose Place, Madison, MS**

**Describe the lien**
**D/T**

$502,192.00          $500,000.00

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor **Castlerock Properties, LLC**
_____
Name

Case number (if known) _____

| | |
|---|---|
| _____<br>Creditor's email address, if known | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Date debt was incurred**<br><br>**Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| 2.1<br>9 | **Renasant Bank**<br>_____<br>Creditor's Name | **Describe debtor's property that is subject to a lien**<br>**311 Penrose Place**<br>**Madison, MS** | $502,192.00 | $500,000.00 |
|---|---|---|---|---|

**1600 Highland Cly. Pkw**
**Madison, MS 39110**
_____
Creditor's mailing address

**Describe the lien**
**D/T**
_____

**Is the creditor an insider or related party?**
■ No
☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $7,856,966.0 0 |
|---|---|

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **BankPlus**<br>**385A Highland Colony**<br>**Pkwy, Suite 110**<br>**Ridgeland, MS 39157** | Line  2.7 | |
| **Community Bank**<br>**998 Hwy 51**<br>**Madison, MS 39110** | Line  2.17 | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor   **Castlerock Properties, LLC**
_____
Name

Case number (if known)   _____

**Renasant Bank**
**c/o Todd Burwell**
**618 Crescent Blv. S200**
**Ridgeland, MS 39157**

Line   **2.19**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                      Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|

Debtor name    **Castlerock Properties, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF MISSISSIPPI

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☑ No. Go to Part 2.

☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address<br>**84 Lumber Co.**<br>**155 Canton One Drive**<br>**Canton, MS 39046**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:   **Business**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$250,000.00** |
| **3.2** | Nonpriority creditor's name and mailing address<br>**A-1 Trenching & Boring**<br>**105 Hillcrest Circle**<br>**Brandon, MS 39042**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:   **Business**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$575.00** |
| **3.3** | Nonpriority creditor's name and mailing address<br>**AC Designs**<br>**P.O. Box 2633**<br>**Madison, MS 39130**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:   **Business**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$25,446.98** |
| **3.4** | Nonpriority creditor's name and mailing address<br>**Acme Brick Co.**<br>**6159 Hwy 25**<br>**Brandon, MS 39047**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:   **Business**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$16,431.26** |

| Debtor | **Castlerock Properties, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Adrian C. Morrison**
**179 Reunion Drive**
**Madison, MS 39110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Business__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Amy Friday**
**402 Edgewood Lane**
**Madison, MS 39110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Business__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Amy Lynn Beattie**
**120 Willow Brook Rd**
**Brandon, MS 39047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Business__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Andrew & Rachel**
**Thibodeaux**
**101 Nestling Cove**
**Madison, MS 39110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Business__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Angel Construction, LL**
**149 Vinings Drive**
**Madison, MS 39110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Business__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Aubrey B. Smith**
**Allison K. Reeves**
**402 Whittington Circle**
**Madison, MS 39110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Business__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Augusta Construction,**
**P.O. Box 2147**
**Madison, MS 39130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Business__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Castlerock Properties, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.12** | Nonpriority creditor's name and mailing address
BankFirst
1597 Highland Cly Pkwy
Madison, MS 39110

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business

Is the claim subject to offset? ■ No ☐ Yes

$25,000.00

---

**3.13** | Nonpriority creditor's name and mailing address
BankPlus
1200 Eastover Drive
Suite 100
Jackson, MS 39211

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business

Is the claim subject to offset? ■ No ☐ Yes

$30,000.00

---

**3.14** | Nonpriority creditor's name and mailing address
Bankston Fence Co.
7148 I-55 S Frontage R
Byram, MS 39272

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business

Is the claim subject to offset? ■ No ☐ Yes

$8,000.00

---

**3.15** | Nonpriority creditor's name and mailing address
Barry Clark Plumbing
186 Dogwood Lane S
Florence, MS 39073

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business

Is the claim subject to offset? ■ No ☐ Yes

$22,000.00

---

**3.16** | Nonpriority creditor's name and mailing address
Barry Woodward
P.O. Box 2147
Madison, MS 39130

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.17** | Nonpriority creditor's name and mailing address
BBH Construction, Inc.
123 Edgewood Drive
Madison, MS 39110

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business

Is the claim subject to offset? ■ No ☐ Yes

$25,000.00

---

**3.18** | Nonpriority creditor's name and mailing address
Benjamin & Brandi Garr
127 Wingtip Cove
Madison, MS 39110

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor **Castlerock Properties, LLC**                    Case number (if known) _____
_____
Name

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Billy Martin**
**109 Bayberry Lane**
**Madison, MS 39110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Billy Ray Holliday**
**Angela Holliday**
**288 Lake Village Drive**
**Madison, MS 39110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,765.50 |
|---|---|---|---|

**Blinds & More, LLC**
**P.O. Box 76**
**Madison, MS 39130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bobby & Linda Douglas**
**175 Bridge Water Drive**
**Madison, MS 39110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bracken Construction,**
**534 Keyway Drive**
**Suite C**
**Flowood, MS 39232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brad & Brooke Butler**
**105 Edgewood Drive**
**Madison, MS 39110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brad Burleson**
**227 Honours Drive**
**Madison, MS 39110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Castlerock Properties, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.26** | **Nonpriority creditor's name and mailing address**
**Breland & Kala Applewh**
**4911 Shadowwood Drive**
**Jackson, MS 39211**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.27** | **Nonpriority creditor's name and mailing address**
**Brent & Sharon Brown**
**205 Reunion Drive**
**Madison, MS 39110**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.28** | **Nonpriority creditor's name and mailing address**
**Brian and Alison Leach**
**306 Lake Village Drive**
**Madison, MS 39110**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.29** | **Nonpriority creditor's name and mailing address**
**Brian and Tina Brown**
**104 Dalton Point**
**Madison, MS 39110**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.30** | **Nonpriority creditor's name and mailing address**
**Brian Johnson**
**213 Rose Downe Drive**
**Madison, MS 39110**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.31** | **Nonpriority creditor's name and mailing address**
**Builder Specialties, I**
**941 South Gallatin Str**
**Jackson, MS 39204**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,026.00**

---

**3.32** | **Nonpriority creditor's name and mailing address**
**C Spire**
**P.O.Box 519**
**Meadville, MS 39653**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business**

Is the claim subject to offset? ■ No  ☐ Yes

**$650.00**

---

Debtor **Castlerock Properties, LLC**      Case number *(if known)* _____

_Name_

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,566.76** |
|---|---|---|---|

**Capitol Hardware**
P.O. Box 12730
Jackson, MS 39236

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Business__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,595.83** |
|---|---|---|---|

**Capitol Pest Control**
P.O. Box 320656
Flowood, MS 39232

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Business__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$70,884.84** |
|---|---|---|---|

**Carr Plumbing Supply**
2611 S. Gallatin St.
Jackson, MS 39204

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Business__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,500.00** |
|---|---|---|---|

**Casdellanos Brick Mas**
P.O. Box 3348
Ridgeland, MS 39157

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Business__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Casey & Emily Custer**
108 Serenity Way
Madison, MS 39110

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Business__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Chad & Kristen Blackar**
193 Welchshire Drive
Madison, MS 39110

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Business__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Chad & Kristin Wilson**
195 Welchshire Drive
Madison, MS 39110

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Business__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Castlerock Properties, LLC**
_____
Name

Case number *(if known)* _____

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Chad Franks**
**126 Honours Drive**
**Madison, MS 39110**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Chad Hutchinson**
**296 Lake Village Drive**
**Madison, MS 39110**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $511,297.36 |
|---|---|---|---|

**Charter 3 Development**
**534 Keyway Drive**
**Suite C**
**Flowood, MS 39232**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Cheryl Katz**
**119 Cedarwoods Cove**
**Madison, MS 39110**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Chris & Shelly Hughes**
**403 Clinton Kkwy.**
**Clinton, MS 39056**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Chris Bracken**
**534 Keyway Drive**
**Suite C**
**Flowood, MS 39232**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Christopher Epps**
**Cahterlean Epps**
**607 N. Chicksaw**
**Flowood, MS 39232**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Castlerock Properties, LLC**                     Case number (if known)
_____
Name

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Christopher Shapley**<br>**111 Woodmont Way**<br>**Ridgeland, MS 39157** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Business__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Christopher Vaughn**<br>**Alisha Vaughn**<br>**298 Lake Village Drive**<br>**Madison, MS 39110** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Business__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,000.00 |
|---|---|---|---|
| | **Citizens National Bank**<br>**114 Grandview Blvd.**<br>**Ridgeland, MS 39157** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Business__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Claudio Nascimento**<br>**Priscila de Oliveria**<br>**122 Honours Drive**<br>**Madison, MS 39110** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Business__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Clay Eckerson**<br>**Jennifer Eckerson**<br>**319 Lake Village Drive**<br>**Madison, MS 39110** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Business__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,000.00 |
|---|---|---|---|
| | **Community Bank**<br>**751 Lake Harbour Drive**<br>**Ridgeland, MS 39157** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Business__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,950.00 |
|---|---|---|---|
| | **Constress, Inc.**<br>**P.O. Box 8923**<br>**Jackson, MS 39284** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Business__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Castlerock Properties, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$40,000.00** |
|---|---|---|---|

**Copiah Bank**
**437 Katherine Drive**
**Flowood, MS 39232**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Business**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,800.00** |
|---|---|---|---|

**Copper Creations**
**608 Eldorado Road**
**Suite 71**
**Pearl, MS 39208**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Business**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$78,968.04** |
|---|---|---|---|

**Cowboy Maloney**
**1107 Highland Clny Pkw**
**Suite 113**
**Ridgeland, MS 39157**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Business**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00** |
|---|---|---|---|

**Custom Built Cabinets**
**P.O. Box 58**
**Braxton, MS 39044**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Business**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Cynthia B. Phillips**
**335 Lake Village Drive**
**Madison, MS 39110**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Business**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,550.88** |
|---|---|---|---|

**Cypress Depot, LLC**
**308 N. Wheatley St.**
**Ridgeland, MS 39157**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Business**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Darren & Amanda Purser**
**118 Willow Brook Road**
**Brandon, MS 39047**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Business**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

Debtor   **Castlerock Properties, LLC**                                    Case number (if known) _____
_____
Name

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Davi & Elizabeth Noone**
**321 Covington Cove**
**Madison, MS 39110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Business__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**David & Elizabeth May**
**106 Haddington Cove**
**Madison, MS 39110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Business__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**David & Joyce Marion**
**129 Hidden Heights**
**Madison, MS 39110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Business__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**David Landrum**
**104 Chestnut Hills Rd.**
**Madison, MS 39110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Business__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**David Miller**
**159 Grayhawk Drive**
**Madison, MS 39110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Business__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**David Nutt**
**605 Cresent Blvd.**
**Ridgeland, MS 39157**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Business__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**David Rushing**
**Rave, LLC**
**1875 Seven Springs Rd**
**Raymond, MS 39154**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Business__

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Castlerock Properties, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Dean DeRuiter**
**406 Sundial Road**
**Madison, MS 39110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Delores, LLC**
**109 Bayberry Lane**
**Madison, MS 39110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Denise & Joseph Hall**
**130 Nestling Cove**
**Madison, MS 39110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,872.00 |
|---|---|---|---|

**Dependable Pest Ser**
**P.O. Box 1242**
**Madison, MS 39130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Deruiter & Steen Const**
**406 Sundial Road**
**Madison, MS 39110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Devonhurst Homes, Inc.**
**P.O. Box 2689**
**Madison, MS 39130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,000.00 |
|---|---|---|---|

**Dirty Dees Disposal**
**221 Kiowa Drive**
**Madison, MS 39110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Castlerock Properties, LLC**                           Case number (if known)   _____
         _____
         Name

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |
|---|---|---|---|

**Don Lewis Appliance In**
P.O. Box 12217
Jackson, MS 39236

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |
|---|---|---|---|

**Drop-it Toilet Rental**
333 Timber Ridge Drive
Ridgeland, MS 39157

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Eduardo Torres, Jr.**
**Elizabeth Torres**
312 Covington Cove
Madison, MS 39110

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Elizabeth Clark**
329 Lake Village Drive
Madison, MS 39110

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,000.00 |
|---|---|---|---|

**Environmental Landscap**
P.O. Box 13932
Jackson, MS 39236

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Eric J. Bailey**
112 Grace Court
Madison, MS 39110

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ernie and Windy Coward**
331 Lake Village Drive
Madison, MS 39110

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Castlerock Properties, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ero-Con, LLC**
**P.O. Box 5978**
**Brandon, MS 39047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $735.42 |
|---|---|---|---|

**Family Termite & Envir**
**1300 Sanctuary Drive**
**Brandon, MS 39042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Fay S. Ray**
**603 Chickasaw**
**Flowood, MS 39232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Felix M. Walker**
**208 REunion Drive**
**Madison, MS 39110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,500.00 |
|---|---|---|---|

**Ferguson Enterprises**
**950 W. County Line Roa**
**Jackson, MS 39213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ford Dye**
**104 Vinca Drive**
**Madison, MS 39110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Fred & Linda Burdine**
**216 Reunion Drive**
**Madison, MS 39110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Castlerock Properties, LLC**
_____
Name

Case number _(if known)_ _____

| 3.89 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **Unknown** |
|---|---|---|---|

**Geoffrey Gibson**
**Tiffany Gibson**
**105 Haddington Cove**
**Madison, MS 39110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Business__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **Unknown** |
|---|---|---|---|

**Glen Hughes**
**293 Hunnicut Road**
**Carson, MS 39427**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Business__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$350,000.00** |
|---|---|---|---|

**Global Merchant**
**123 NW 13 Street**
**Suite 201**
**Boca Raton, FL 33432**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Business__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **Unknown** |
|---|---|---|---|

**Greg & Marcy Wynne**
**302 Edgewood Circle**
**Madison, MS 39110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Business__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **Unknown** |
|---|---|---|---|

**Gregory & Shannon Ray**
**304 Vinca Drive**
**Madison, MS 39110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Business__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$7,995.58** |
|---|---|---|---|

**Gutter Masters, LLC**
**105 Linden Cove**
**Madison, MS 39110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Business__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$850.00** |
|---|---|---|---|

**Harvey Stokes**
**P.O. Box 160**
**Madison, MS 39110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Business__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Castlerock Properties, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**3.96** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Heath & Emily Ferguson**
**142 Nestling Cove**
**Madison, MS 39110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.97** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,425.00**

**Hercules Concrete Pump**
**420 Airport Road S**
**Pearl, MS 39208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.98** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Herman Dungan, Jr.**
**146 Hunnington View**
**Brandon, MS 39047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.99** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**HM & Johnson**
**240 Grayhawk Drive**
**Madison, MS 39110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.100** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Holt & Jill Hathcock**
**120 Edgewood Drive**
**Madison, MS 39110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.101** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**J.R. Todd**
**JR Todd Custom Homes**
**179 Cavanaugh Drive**
**Madison, MS 39110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.102** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Jagwinder Singh**
**380 Covington Cove**
**Madison, MS 39110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business**

Is the claim subject to offset? ■ No ☐ Yes

Debtor   **Castlerock Properties, LLC**                                     Case number *(if known)*
_____
Name

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**3.103**

Nonpriority creditor's name and mailing address

**James & Amy Ramsey**
**90 Oakridge Trail**
**Flowood, MS 39232**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.104**

Nonpriority creditor's name and mailing address

**James & Genya Berry**
**222 Ashworth Circle**
**Madison, MS 39110**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.105**

Nonpriority creditor's name and mailing address

**James & Kathryn Banks**
**113 Covington Way**
**Madison, MS 39110**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.106**

Nonpriority creditor's name and mailing address

**James R. Rippy**
**111 Serenity Way**
**Madison, MS 39110**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.107**

Nonpriority creditor's name and mailing address

**Jason & Michelle Stair**
**284 Lake Village Drive**
**Madison, MS 39110**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.108**

Nonpriority creditor's name and mailing address

**Jason W. Harper**
**133 Nestling Cove**
**Madison, MS 39110**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.109**

Nonpriority creditor's name and mailing address

**JC & Courtney Baldwin**
**137 North Lake Drive**
**Madison, MS 39110**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

Debtor   **Castlerock Properties, LLC**                          Case number (if known) _____
_____
Name

| 3.110 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$21,000.00** |
|---|---|---|---|

**Jefcoat Fence Co. Inc**
**P. O. Box 6197**
**Pearl, MS 39288**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Business__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.111 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Jeff Bracken**
**534 Keyway Drive**
**Suite C**
**Flowood, MS 39232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Business__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.112 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,400.00** |
|---|---|---|---|

**Jernigan Copeland**
**587 Highland Clny Pkwy**
**Ridgeland, MS 39157**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Business__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.113 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Jim & Cynthia Spencer**
**317 Covington Cove**
**Madison, MS 39110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Business__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.114 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Jimmy & Tanisha Carr**
**5055 Seven Springs Rd.**
**Raymond, MS 39154**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Business__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.115 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,500.00** |
|---|---|---|---|

**JMI**
**100 Builders Square Dr**
**Brandon, MS 39047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Business__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.116 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**John & Brittany Hines**
**222 Reunion Drive**
**Madison, MS 39110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Business__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Castlerock Properties, LLC**                                    Case number (if known) _____
_____
Name

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**John & Leigh Jernigan**
**132 Shoreline Drive**
**Madison, MS 39110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**John & Trisha Addison**
**102 Wingtip Cove**
**Madison, MS 39110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**John and Kay Wise**
**107 Frenchmans Cay**
**Ridgeland, MS 39157**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**John M. Johnson**
**109 Serenity Way**
**Madison, MS 39110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Johnny & Sylvia Ervin**
**118 Reunion Drive**
**Madison, MS 39110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Joseph Graham**
**124 Honours Drive**
**Madison, MS 39110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Joshua Osborne**
**Marybeth Osborne**
**5502 B Hwy 22**
**Flora, MS 39071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Castlerock Properties, LLC**
_____
Name

Case number (if known) _____

| 3.124 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |
|---|---|---|---|

**JR Todd Custom Homes,**
**509 Liberty Road**
**Suite C**
**Flowood, MS 39232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Business**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.125 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |
|---|---|---|---|

**Justyn Schelvern**
**Alisha Schelvern**
**324 Lake Village Drive**
**Madison, MS 39110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Business**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.126 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |
|---|---|---|---|

**Kate & Michael Herd**
**205 Culpepper Blvd.**
**Madison, MS 39110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Business**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.127 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |
|---|---|---|---|

**Kellan E. Ashley**
**123 Hidden Oaks Trail**
**Ridgeland, MS 39157**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Business**

Is the claim subject to offset? ■ No ☐ Yes

| 3.128 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$17,000.00** |
|---|---|---|---|

**Keller Williams Realty**
**201 E Layfair Drive**
**Suite 240**
**Flowood, MS 39232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Business**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.129 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |
|---|---|---|---|

**Kelly Gatlin**
**Gatlin Interiors**
**102 Adderbury Court**
**Ridgeland, MS 39157**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Business**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.130 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |
|---|---|---|---|

**Kenneth & Avery Pace**
**181 Reunion Drive**
**Madison, MS 39110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Business**

Is the claim subject to offset? ■ No ☐ Yes

Debtor **Castlerock Properties, LLC**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.131 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **Unknown** |
| | **Kevin & Carly Webb**<br>**114 Rosedowne Drive**<br>**Madison, MS 39110** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:**  <u>Business</u> |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.132 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **Unknown** |
| | **Kevin & EmEm Aitken**<br>**330 Johnstone Drive**<br>**Madison, MS 39110** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:**  <u>Business</u> |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.133 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **Unknown** |
| | **Kevin McBrayer**<br>**P.O. Box 2689**<br>**Madison, MS 39130** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:**  <u>Business</u> |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.134 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **Unknown** |
| | **Khristinn K. Leitch**<br>**120 Covington Way**<br>**Madison, MS 39110** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:**  <u>Business</u> |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.135 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$28,198.01** |
| | **L&W Supply Corp.**<br>**108 River Pines Rd.**<br>**Flowood, MS 39232** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:**  <u>Business</u> |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.136 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **Unknown** |
| | **Lee & Kassey Penton**<br>**207 Reunion Drive**<br>**Madison, MS 39110** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:**  <u>Business</u> |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.137 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **Unknown** |
| | **Lennis & Mary Cook**<br>**116 Wingtip Cove**<br>**Madison, MS 39110** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:**  <u>Business</u> |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

Debtor    **Castlerock Properties, LLC**

Name

Case number *(if known)*

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Leslie Beck Hambrick**
**303 Twin Oak Cove**
**Ridgeland, MS 39157**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Leslie Davis**
**326 Covington Cove**
**Madison, MS 39110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$81,198.56** |
|---|---|---|---|

**Lexington Concrete & B**
**Canton Concrete**
**304 A Yazoo St.**
**Lexington, MS 39095**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Locke Ward**
**CH & Compan Real Estat**
**5760 I-55N Suite 400**
**Jackson, MS 39211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Lynda Gentchev and Mr.**
**Gentchev**
**124 Cavanaugh Drive**
**Madison, MS 39110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$24,845.29** |
|---|---|---|---|

**Magnolia Lighting, Inc**
**P.O. Box 453**
**Nesbit, MS 38651**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Marcus & Lynzy Presley**
**116 Honours Drive**
**Madison, MS 39110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Castlerock Properties, LLC**

Case number (if known)

Name

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Marcy Croft**
**Aarn L. Vick**
**116 Stone Lake Drive**
**Madison, MS 39110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Business**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Matthew Davidson**
**Aimee Davidson**
**167 Reunion Drive**
**Madison, MS 39110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Business**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $695.50 |
|---|---|---|---|

**McGraw Gotta Go**
**P.O. Box 267**
**Flora, MS 39071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Business**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Michael & Angie Crawfo**
**400 Sanctuary Circle**
**Madison, MS 39110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Business**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Michael Bollenbacher**
**110 Chestnut Hills Rd**
**Madison, MS 39110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Business**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Michael Gibson**
**Aynsley Gibson**
**131 Wingtip Cove**
**Madison, MS 39110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Business**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Michael T. Akin**
**107 Serenity Way**
**Madison, MS 39110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Business**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| | |
|---|---|
| Debtor **Castlerock Properties, LLC** | Case number *(if known)* |
| Name | |

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Mike Bollenbacher**
**116 Livingston Church**
**Suite A**
**Flora, MS 39071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Business__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Miles Development**
**141 Beatrice Lane**
**Brandon, MS 39047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Business__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Morgan Tree Service**
**Joseph Morgan**
**56 Jims Road**
**Lena, MS 39094**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Business__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**MS Ventures, LLC**
**116 Livingston Church**
**Road   Suite A**
**Flora, MS 39071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Business__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Nick Gillourakis**
**Kristin Gillourakis**
**110 Honours Drive**
**Madison, MS 39110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Business__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,125.00 |
|---|---|---|---|

**Nix Tann & Assoc.**
**105 Execuitve Drive**
**Madison, MS 39110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Business__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,400.00 |
|---|---|---|---|

**Nix Tann Realty**
**105 Executive Drive**
**Madison, MS 39110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Business__

Last 4 digits of account number __

__118 Willow Brook Rd. $7,075.00__
__120 Willow Brook Rd. $7,325.00__

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Castlerock Properties, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.159** | Nonpriority creditor's name and mailing address

**Old South Brick
and Supply**
P.O. Box 9484
Jackson, MS 39286

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business**

Is the claim subject to offset? ☑ No ☐ Yes

**$3,368.54**

---

**3.160** | Nonpriority creditor's name and mailing address

**Olivia & MIchael Cook**
290 Lake Village Drive
Madison, MS 39110

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.161** | Nonpriority creditor's name and mailing address

**Oscar & Diana Pappa**
154 Reunion Drive
Madison, MS 39110

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.162** | Nonpriority creditor's name and mailing address

**Parr Funding/Pro Sourc**
123 NW 13th Street
Suite 201
Boca Raton, FL 33432

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business**

Is the claim subject to offset? ☑ No ☐ Yes

**$275,000.00**

---

**3.163** | Nonpriority creditor's name and mailing address

**Patrick Thurmond**
Mollie Thurmond
319 Covington Cove
Madison, MS 39110

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.164** | Nonpriority creditor's name and mailing address

**Paul & Tanya Fritz**
93 Cedar Woods Cove
Madison, MS 39110

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.165** | Nonpriority creditor's name and mailing address

**Paul Rasmussen**
Melissa Rasmussen
185 Reunion Drive
Madison, MS 39110

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

Debtor   **Castlerock Properties, LLC**

Case number (if known) _____

Name

| | | |
|---|---|---|
| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**3.166**

Nonpriority creditor's name and mailing address

**Pebble Beach Const LLC**
**605 Cresent Blvd.**
**Ridgeland, MS 39157**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.167**

Nonpriority creditor's name and mailing address

**Plantation Millworks S**
**P.O. Box 814**
**Flora, MS 39071**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$2,500.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.168**

Nonpriority creditor's name and mailing address

**Premier Hardwood Floor**
**350 Boteler Road**
**Florence, MS 39073**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$180,211.68**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.169**

Nonpriority creditor's name and mailing address

**Prentiss Corp.**
**293 Hunnicut Road**
**Carson, MS 39427**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.170**

Nonpriority creditor's name and mailing address

**Pro Flooring Installat**
**3567 Bill Downing Road**
**Raymond, MS 39154**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$12,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.171**

Nonpriority creditor's name and mailing address

**Pro Source of Jackson**
**6370 Cole Road**
**Ridgeland, MS 39157**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$4,500.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.172**

Nonpriority creditor's name and mailing address

**Pullen Sales & Service**
**P.O. Box 76**
**Madison, MS 39130**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$65,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Castlerock Properties, LLC**
_____
Name

Case number _(if known)_ _____

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $275,000.00 |
|---|---|---|---|

**Pullen Windows & Doors**
P.O. Box 76
Madison, MS 39130

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $3,500.00 |
|---|---|---|---|

**Quality Glass**
P.O. Box 129
Sandhill, MS 39161

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $6,500.00 |
|---|---|---|---|

**R. Buck Coats, CPA**
P.O. Box 1534
Madison, MS 39130

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $13,139.00 |
|---|---|---|---|

**Real Estate Partners**
360 Town Center Blvd.
Suite C
Ridgeland, MS 39157

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $6,000.00 |
|---|---|---|---|

**Renasant Bank**
1600 Highland Cly. Pkw
Madison, MS 39110

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $200.00 |
|---|---|---|---|

**Renfrow Decorative Cen**
110 Kimball Drive
Madison, MS 39110

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $37,666.94 |
|---|---|---|---|

**Renfrow Insulation, LL**
5657 Terry Road
Byram, MS 39272

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Castlerock Properties, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.180** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,261.00**

**Renfrow Supply**
**Service Partners**
**5650 Terry Road**
**Byram, MS 39272**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.181** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00**

**Residential Hardware**
**203 Metroplex Rd.**
**Pearl, MS 39208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.182** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Reunion POA**
**105 Reunion Blvd.**
**Madison, MS 39110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.183** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Reunion, Inc.**
**105 Reunion Blvd.**
**Madison, MS 39110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.184** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Richard & Betty Davis**
**342 Lake Village Drive**
**Madison, MS 39110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.185** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Richard Williams**
**Diann Williams**
**300 Lake Village Drive**
**Madison, MS 39110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.186** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$800.00**

**Rick L. Nelson, PS**
**d/ba/ Surveying Servic**
**3023 Union Road**
**Hazlehurst, MS 39083**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor **Castlerock Properties, LLC**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.187 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._   **$2,000.00** |
| | **Ridgeland Special Hdw**<br>**320 NE Madison Dr**<br>**Ridgeland, MS 39157** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Business_ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.188 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._   **Unknown** |
| | **Robert & Audry Hammond**<br>**304 Lake Village Drive**<br>**Madison, MS 39110** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Business_ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.189 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._   **Unknown** |
| | **Robert & Melissa Lewis**<br>**105 Serenity Way**<br>**Madison, MS 39110** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Business_ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.190 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._   **Unknown** |
| | **Robert Cirills**<br>**Cynthia Crillis**<br>**108 Honours Drive**<br>**Madison, MS 39110** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Business_ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.191 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._   **Unknown** |
| | **Robert Miller**<br>**Georgia Miller**<br>**199 Reunion Drive**<br>**Madison, MS 39110** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Business_ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.192 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._   **Unknown** |
| | **Robert R. Ely**<br>**115 Tail Feather Drive**<br>**Madison, MS 39110** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Business_ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.193 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._   **Unknown** |
| | **Ronald & Rhonda Loeb**<br>**315 Lake Village Drive**<br>**Madison, MS 39110** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Business_ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

Debtor    **Castlerock Properties, LLC**                                    Case number (if known) _____
_____
Name

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Ross & Sarah Reily**
**233 Ashworth Circle**
**Madison, MS 39110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Russ & Teresa Davis**
**209 Reunion Drive**
**Madison, MS 39110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Russell Williams**
**Melanie Willams**
**108 Carlyle Drive**
**Madison, MS 39110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Scott & Devin Martin**
**109 Langdon Bend**
**Madison, MS 39110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Scott Stayer**
**Leahmarie Stayer**
**303 Covington Cove**
**Madison, MS 39110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,000.00** |
|---|---|---|---|

**Scottie Wingate**
**176 Dortch Road**
**Pearl, MS 39208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,000.00** |
|---|---|---|---|

**Shannon Armstrong**
**5417 Hwy 25**
**Suite A**
**Flowood, MS 39232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

Debtor **Castlerock Properties, LLC**
Name

Case number *(if known)*

| | | |
|---|---|---|
| 3.201 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **Unknown** |

**Shou-Ching Tang**
**Xiaolin Liu**
**201 Reunion**
**Madison, MS 39110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Business**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.202 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$86,542.67** |

**Spencer Ready Mix**
**9161 Hwy 49 N**
**Jackson, MS 39209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Business**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.203 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$50,000.00** |

**Springfield Heating an**
**P.O. Box 674**
**Madison, MS 39130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Business**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.204 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **Unknown** |

**Stephen & Lacy Arant**
**171 Reunion Drive**
**Madison, MS 39110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Business**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.205 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$5,600.00** |

**Steve Chisholm, LLC**
**567 CR 1537**
**Bay Springs, MS 39422**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Business**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.206 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **Unknown** |

**Steve M. Steen**
**406 Sundial Road**
**Madison, MS 39110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Business**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.207 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **Unknown** |

**Stricker & Myra Mays**
**240 Honours Drive**
**Madison, MS 39110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Business**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor   **Castlerock Properties, LLC**                                      Case number *(if known)*
_____
Name

| 3.208 | Nonpriority creditor's name and mailing address | | **$2,400.00** |
|---|---|---|---|

Nonpriority creditor's name and mailing address
**T.E. McDonald, Inc.**
**4016 N. State Street**
**Jackson, MS 39206**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business**

Is the claim subject to offset? ☐ No ☐ Yes

**$2,400.00**

---

3.209   Nonpriority creditor's name and mailing address
**Tamara & Charles Kelly**
**Rita Kelly**
**404 Edgewood Lane**
**Madison, MS 39110**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business**

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

3.210   Nonpriority creditor's name and mailing address
**Tamara Kelly**
**309 Covington Cove**
**Madison, MS 39110**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.211   Nonpriority creditor's name and mailing address
**Tammy K. Hodgins**
**130 Cottonwood Cove**
**Madison, MS 39110**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business**

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

3.212   Nonpriority creditor's name and mailing address
**Terry Malone**
**302 Lake Village Drive**
**Madison, MS 39110**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business**

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

3.213   Nonpriority creditor's name and mailing address
**Terry Powell**
**Powell Place Landscape**
**P.O. Box 1398**
**Madison, MS 39130**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.214   Nonpriority creditor's name and mailing address
**The Stone Source, Inc.**
**6151 Hwy 25**
**Brandon, MS 39047**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business**

Is the claim subject to offset? ■ No ☐ Yes

**$114,783.26**

| Debtor | **Castlerock Properties, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.215** | Nonpriority creditor's name and mailing address

**Thomas Leuking**
**Michelle Leuking**
**303 Edgewood Circle**
**Madison, MS 39110**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.216** | Nonpriority creditor's name and mailing address

**Tiffany & Craig Simmon**
**102 Silver Leaf Drive**
**Madison, MS 39110**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.217** | Nonpriority creditor's name and mailing address

**Treasure Cay Const. LL**
**ABACO Holding, LLC**
**301 Lake Village Drive**
**Madison, MS 39110**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.218** | Nonpriority creditor's name and mailing address

**Tri County Academy**
**400 Cox Ferry Rd**
**Flora, MS 39071**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.219** | Nonpriority creditor's name and mailing address

**Tubby's Bath Repair**
**303 Carr Meadow Drive**
**Ridgeland, MS 39157**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business__

Is the claim subject to offset? ☑ No ☐ Yes

**$1,500.00**

---

**3.220** | Nonpriority creditor's name and mailing address

**Tyler & Amanda Raborn**
**107 Honours Lane**
**Madison, MS 39110**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.221** | Nonpriority creditor's name and mailing address

**U-List Realty**
**141 Beaatrice Lane**
**Brandon, MS 39047**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business__

Is the claim subject to offset? ☑ No ☐ Yes

**$6,850.00**

Debtor **Castlerock Properties, LLC**
_____
Name

Case number *(if known)* _____

| 3.222 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**W. Ashley Hood**
**Summer Hood**
**101 Fenwick Circle**
**Madison, MS 39110**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.223 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$17,000.00** |
|---|---|---|---|

**Warren Electric, Inc.**
**4303 Lakeshore Drive**
**Pearl, MS 39208**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.224 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Wheeler Parker**
**Ashley Parker**
**225 Honorus Drive**
**Madison, MS 39110**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.225 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00** |
|---|---|---|---|

**Will Norris Drywall, I**
**127 David Drive**
**Madison, MS 39110**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.226 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**William Hurtt**
**2677 Burma Drive**
**Pearl, MS 39208**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.227 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**William Johnson**
**Kellie Johnson**
**315 Covington Cove**
**Madison, MS 39110**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.228 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,407.50** |
|---|---|---|---|

**WM Designs, LLC**
**1304 Hwy 51**
**Suite D**
**Madison, MS 39110**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Castlerock Properties, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.229 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,157.85 |
|---|---|---|---|

**Wood Resource Co., Inc**
**218 N. Wheatly Street**
**Ridgeland, MS 39157**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Business__

Is the claim subject to offset? ■ No ☐ Yes

---

### Part 3:   List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Bobby & LInda Douglas**<br>**c/o Heath S. Douglas**<br>**P.O. Box 918**<br>**Greenville, MS 38702** | Line __3.22__<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Lexington Concrete**<br>**c/o William Drinkwater**<br>**P.O. Drawer 119**<br>**Jackson, MS 39205** | Line __3.140__<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Springfield Heating**<br>**c/o Don A. McGraw, Jr.**<br>**P.O. Box 1039**<br>**Canton, MS 39046** | Line __3.203__<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **The Stone Source**<br>**c/o David Ellis S-1820**<br>**125 S. Congress St.**<br>**Jackson, MS 39201** | Line __3.214__<br><br>☐ Not listed. Explain ____ | _ |

---

### Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 3,036,637.25 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 3,036,637.25 |

| Fill in this information to identify the case: |
|---|
| Debtor name **Castlerock Properties, LLC** |
| United States Bankruptcy Court for the: SOUTHERN DISTRICT OF MISSISSIPPI |
| Case number (if known) _____ |

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Construction Contract** |
| State the term remaining | |
| List the contract number of any government contract | **Michael  & Kate Heard**<br>**201 Culpepper Blvd.**<br>**Madison, MS 39110** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **Construction Contract** |
| State the term remaining | |
| List the contract number of any government contract | **Richard Williams**<br>**Diann Williams**<br>**300 Lake Village Drive**<br>**Madison, MS 39110** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | **Construction Contract** |
| State the term remaining | |
| List the contract number of any government contract | **Ross & Sarah Reily**<br>**233 Ashworth Circle**<br>**Madison, MS 39110** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest | **Construction Contract** |
| State the term remaining | |
| List the contract number of any government contract | **Russ & Teresa Davis**<br>**209 Reunion Drive**<br>**Madison, MS 39110** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Castlerock Properties, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF MISSISSIPPI

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                              12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: **Codebtor**                                                       Column 2: **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Charles H. Warriner** | **122 Kings Crossing** <br> **Canton, MS 39046** | **Numerous creditors** | ☐ D _____ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 | **Jerry Hall** | **165 Neely Drive** <br> **Florence, MS 39073** | **Numerous creditors** | ☐ D _____ <br> ☐ E/F _____ <br> ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name   **Castlerock Properties, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF MISSISSIPPI

Case number (if known)

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy       04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**   **Income**

1.   **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2020** to **Filing Date** | ■ Operating a business ☐ Other _____ | **$5,593,924.35** |
| **For prior year:** From **1/01/2019** to **12/31/2019** | ■ Operating a business ☐ Other _____ | **$11,484,157.80** |
| **For year before that:** From **1/01/2018** to **12/31/2018** | ■ Operating a business ☐ Other _____ | **$10,690,794.72** |

2.   **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| | | |

**Part 2:**   **List Certain Transfers Made Before Filing for Bankruptcy**

3.   **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|
| | | | |

Debtor   **Castlerock Properties, LLC**                                    Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.   **See Attachment "A"** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.   **Springfiled Heating and Air, LLC** | **Notice of Claim of Special Lien** | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2.   **Lexington Concrete & Block Co., Inc.**<br>**v.**<br>**Castlerock Properties, LLC and Charlie Warriner**<br>**20-200** | **Collection** | | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

Debtor  **Castlerock Properties, LLC** _____   Case number *(if known)* _____

■ None

## Part 4:  Certain Gifts and Charitable Contributions

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

◼ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:  Certain Losses

10.  **All losses from fire, theft, or other casualty within 1 year before filing this case.**

◼ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:  Certain Payments or Transfers

11.  **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.  **Eileen N. Shaffer**<br>**P.O. Box 1177**<br>**Jackson, MS 39215** | | **9/23/2020** | **$5,000.00** |
| Email or website address<br>**eshaffer@eshaffer-law.com** | | | |
| Who made the payment, if not debtor? | | | |

12.  **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

◼ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13.  **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

Debtor   **Castlerock Properties, LLC**                                   Case number *(if known)* _____

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

Debtor    **Castlerock Properties, LLC**                                         Case number *(if known)*

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:**    **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:**    **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.    Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23.  Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24.  Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**    **Details About the Debtor's Business or Connections to Any Business**

Debtor  **Castlerock Properties, LLC**                          Case number *(if known)* _____

---

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Jerry Hall**<br>**165 Neely Drive**<br>**Florence, MS 39073** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the<br>inventory | Date of inventory | The dollar amount and basis (cost, market,<br>or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any<br>interest | % of interest, if<br>any |
|---|---|---|---|
| **Jerry Hall** | **165 Neely Drive**<br>**Florence, MS 39073** | | **100** |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

---

Official Form 207               Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                          page 6

Debtor   **Castlerock Properties, LLC**                                     Case number *(if known)*

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| Charles H. Warrnier | 122 Kings Crossing<br>Canton, MS 39046 | | 2/7/2003-5/22/2020 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

   ☐ No
   ☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1. | Jerry Hall<br>165 Neely Drive<br>Florence, MS 39073 | $36,000.00 | 9/23/19-9/23/2020 | Salary and reimbursed expenses |
| | Relationship to debtor<br>Owner | | | |
| 30.2. | Charles H. Warriner<br>122 Kings Crossing<br>Canton, MS 39046 | $166,500.00 | 9/23/2019-5/22/2020 | Salary and reimbursed expenses |
| | Relationship to debtor<br>Previous Owner | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

   ☑ No
   ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

   ☑ No
   ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|--------------------------|----------------------------------------------------------|

Debtor   **Castlerock Properties, LLC** _____     Case number *(if known)* _____

---

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **September 23, 2020** _____

**/s/ Jerry Hall** _____     **Jerry Hall** _____
Signature of individual signing on behalf of the debtor     Printed name

Position or relationship to debtor     **Member** _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

9/22/2020

Attachment "A"

## Itemized Categories
### 6/22/2020 through 9/22/2020 (Cash Basis)

| Date | Account | Num | Description | Memo | Tag | Clr | Amount |
|---|---|---|---|---|---|---|---|
| **EXPENSES** | | | | | | | |
| **4911 SHADOWWOOD** | | | | | | | -1,410,262.62 |
| 6/26/2020 | BankFirst | 18328 | S BBH CONSTRUCTION | FRAMER (REPAIR) | | R | -350.00 |
| 7/3/2020 | BankFirst | 18359 | S WILL NORRIS | SHEETROCK REPAIR | | R | -1,792.00 |
| 7/10/2020 | BankFirst | 18376 | S BBH CONSTRUCTION | FRAMER (REPAIR) | | R | -400.00 |
| | | | | ROOFER (REPAIR) | | R | -350.00 |
| 7/24/2020 | BankFirst | 18405 | S WARREN ELECTRIC | ELECT WORK | | R | -622.74 |
| | | | | | | | -3,514.74 |
| **BANK CHARGE** | | | | | | | -210.00 |
| 6/22/2020 | BankFirst | EFT | BANKFIRST | BUSINESS BANK | | R | -10.00 |
| 6/30/2020 | BankFirst | EFT | BANK FIRST | SERVICE CHARGE | | R | -36.00 |
| 7/1/2020 | BankFirst | EFT | BANK FIRST | SERVICE CHARGE | | R | -72.00 |
| 7/2/2020 | BankFirst | EFT | BANK FIRST | SERVICE CHARGE | | R | -72.00 |
| 7/20/2020 | BankFirst | EFT | BANK FIRST | BUSINESS BANK | | R | -10.00 |
| 8/20/2020 | BankFirst | EFT | BANK FIRST | BUSINESS BANK | | R | -10.00 |
| **BUSINESS LOAN** | | | | | | | -148,305.47 |
| 6/26/2020 | BankFirst | EFT | GLOBAL MERCHANT | JUNE | | R | -10,838.24 |
| 7/3/2020 | BankFirst | EFT | GLOBAL MERCHANT | JULY | | R | -10,838.24 |
| 7/7/2020 | BankFirst | EFT | PARR FUNDING | ORIGINATION FEE | | R | -6,000.00 |
| 7/10/2020 | BankFirst | EFT | GLOBAL MERCHANT | JULY | | R | -10,838.24 |
| 7/10/2020 | BankFirst | EFT | PARR FUNDING | JULY | | R | -11,307.69 |
| 7/17/2020 | BankFirst | EFT | GLOBAL MERCHANT | JULY | | R | -10,838.24 |
| 7/17/2020 | BankFirst | EFT | PARR FUNDING | JULY | | R | -11,307.69 |
| 7/24/2020 | BankFirst | EFT | GLOBAL MERCHANT | JULY | | R | -10,838.24 |
| 7/24/2020 | BankFirst | EFT | GLOBAL MERCHANT | JULY | | R | -10,838.24 |
| 7/31/2020 | BankFirst | EFT | GLOBAL MERCHANT | JULY | | R | -10,838.24 |
| 7/24/2020 | BankFirst | EFT | PARR FUNDING | JULY | | R | -11,307.69 |
| 8/7/2020 | BankFirst | EFT | GLOBAL MERCHANT | AUG | | R | -10,838.24 |
| 8/14/2020 | BankFirst | EFT | GLOBAL MERCHANT | AUG | | R | -10,838.24 |
| 8/21/2020 | BankFirst | EFT | GLOBAL MERCHANT | AUG | | R | -10,838.24 |
| 8/28/2020 | BankFirst | EFT | GLOBAL MERCHANT | AUG | | R | -10,838.24 |
| **CPA** | | | | | | | -8,750.00 |
| 8/12/2020 | BankFirst | 18464 | BUCK COATS CPA | 2019 TAX RETURNS | | R | -6,750.00 |
| **CREDIT CARDS** | | | | | | | -4,500.00 |
| 7/28/2020 | BankFirst | 18419 | VISA | JERRY | | R | -4,500.00 |
| **CREDIT LINE** | | | | | | | -435.84 |
| 6/24/2020 | BankFirst | 18316 | COMMUNITY BANK | CREDIT LINE (JERRY HALL) | | R | -435.84 |
| **FLEX LINE** | | | | | | | -3,538.46 |
| 8/12/2020 | BankFirst | 18465 | COPIAH BANK | INTEREST & REDUCTION | | R | -3,538.46 |

9/22/2020

## Itemized Categories
### 6/22/2020 through 9/22/2020 (Cash Basis)

| Date | Account | Num | Description | Memo | Tag | Clr | Amount |
|------|---------|-----|-------------|------|-----|-----|--------|
| **INSURANCE** | | | | | | | -2,857.39 |
| **Other INSURANCE** | | | | | | | -2,857.39 |
| 7/1/2020 | BankFirst | EFT | ONLAC | LIFE INSURANCE | | R | -194.63 |
| 7/15/2020 | BankFirst | EFT | THE GUARDIAN INSURA... | LIFE INSURANCE | | R | -579.80 |
| 7/16/2020 | BankFirst | EFT | LINCOLN NATIONAL LIFE... | LIFE INSURANCE | | R | -556.95 |
| 7/29/2020 | BankFirst | EFT | ONLAC | LIFE INSURANCE | | R | -194.63 |
| 8/14/2020 | BankFirst | EFT | LINCOLN NATIONAL LIFE... | LIFE INSURANCE | | R | -566.95 |
| 8/17/2020 | BankFirst | EFT | THE GUARDIAN INSURA... | LIFE INSURANCE | | R | -579.80 |
| 8/31/2020 | BankFirst | EFT | ONLAC | LIFE INSURANCE | | R | -194.63 |
| **KATZ JOB** | | | | | | | -9,376.41 |
| 7/3/2020 | BankFirst | 18363 | DANIEL DURAN | FRAMER | | R | -4,625.00 |
| 7/3/2020 | BankFirst | 18366 | S DIRTY DEEDS DISPOSAL | SITE CLEAN UP | | R | -150.00 |
| 7/13/2020 | BankFirst | 18379 | S 84 LUMBER CO | FRAMING MATERIAL | | R | -4,451.41 |
| 7/24/2020 | BankFirst | 18412 | DIRTY DEEDS DISPOSAL | SITE CLEAN UP | | R | -150.00 |
| **LOT 1 CASTLEWOODS** | | | | | | | -49,613.45 |
| 6/24/2020 | BankFirst | EFT | BUILDERS MUTUAL | BUILDERS RISK | | R | -747.00 |
| 6/29/2020 | BankFirst | 18336 | S HERCULES CONCRETE ... | PUMP TRUCK | | R | -1,283.00 |
| 7/3/2020 | BankFirst | 18343 | CUSTOM BUILT CABINETS | TRIM MAN | | R | -6,738.00 |
| 7/9/2020 | BankFirst | 18350 | S STEVE CHISHOLM | POUR DRIVEWAY | | R | -1,000.00 |
| 7/9/2020 | BankFirst | 18350 | S STEVE CHISHOLM | RECK FORMS | | R | -165.00 |
| 7/3/2020 | BankFirst | 18351 | S WARREN ELECTRIC | ELECT TRIM | | R | -1,650.37 |
| 7/3/2020 | BankFirst | 18356 | S DIRTY DEEDS DISPOSAL | SITE CLEAN UP | | R | -350.00 |
| 7/3/2020 | BankFirst | 18360 | S SCOTTIE WINGATE | PAINTER | | R | -2,800.00 |
| 7/10/2020 | BankFirst | 18367 | S STEVE CHISHOLM | SILT FENCE | | R | -240.00 |
| 7/10/2020 | BankFirst | 18373 | S SCOTTIE WINGATE | PAINTER | | R | -2,000.00 |
| 7/13/2020 | BankFirst | 18379 | S SCOTTIE WINGATE | SHINGLES | | R | -4,220.62 |
| 7/13/2020 | BankFirst | 18379 | S 84 LUMBER CO | FRAMING MATERIAL | | R | -1,995.00 |
| 7/17/2020 | BankFirst | 18388 | S DIRTY DEEDS DISPOSAL | SITE CLEAN UP | | R | -150.00 |
| 7/17/2020 | BankFirst | 18391 | S SCOTTIE WINGATE | PAINTER | | R | -1,000.00 |
| 7/21/2020 | BankFirst | 18396 | S AC DESIGNS | HVAC ROUGH | | R | -5,411.53 |
| 7/24/2020 | BankFirst | 18386 | S SCOTTIE WINGATE | PAINTER | | R | -2,000.00 |
| 7/3/2020 | BankFirst | 18410 | S CONSTRESS | POST TENSION | | R | -1,500.00 |
| 7/31/2020 | BankFirst | 18433 | S CONSTRESS | POST TENSION | | R | -2,735.00 |
| 7/31/2020 | BankFirst | 18438 | S ACME BRICK CO | MASONRY SUPPLIES | | R | -4,246.41 |
| 7/31/2020 | BankFirst | 18440 | S JMI | CABINET DOORS | | R | -2,398.94 |
| 8/21/2020 | BankFirst | 18498 | S WARREN ELECTRIC | ELECT TRIM | | R | -1,237.78 |
| 8/28/2020 | BankFirst | 18504 | S PLANTATION MILLWORKS | MANTLE TIMBER | | c | -363.80 |
| 8/28/2020 | BankFirst | 18507 | S PLANTATION MILLWORKS | MANTLE TIMBER | | c | -363.80 |
| 9/4/2020 | BankFirst | 18514 | S STEVE CHISHOLM | GRADING | | | -417.00 |

9/22/2020

## Itemized Categories
### 6/22/2020 through 9/22/2020 (Cash Basis)

| Date | Account | Num | Description | Memo | Tag | Clr | Amount |
|---|---|---|---|---|---|---|---|
| **LOT 1 JS** | | | | | | | |
| 9/4/2020 | BankFirst | 18518 | S PRO FLOORING INSTALL...TILE LABOR | HARDIE BACKER | | R | -3,576.00 |
| | | | | | | | -1,388.00 |
| | | | | | | | -14,500.23 |
| 6/26/2020 | BankFirst | 18331 | S COPPER CREATIONS | CLOSE UP HOLES | | R | -160.50 |
| 6/30/2020 | BankFirst | 18341 | S CARR PLUMBING | PLUMBING | | R | 96.50 |
| 7/27/2020 | BankFirst | 18417 | S COWBOY MALONEY | APPLIANCES | | R | -7,699.72 |
| 9/22/2020 | BankFirst | 18511 | S PULLEN WINDOWS & D... | INT DOORS | | | -6,568.73 |
| | | | | TRIM | | | -187.78 |
| | | | | | | | -167.78 |
| | | | | | | | -450.00 |
| **LOT 104 TOWNSTATION** | | | | | | | |
| 8/21/2020 | BankFirst | 18495 | S DIRTY DEEDS DISPOSAL | SITE CLEAN UP | | R | -450.00 |
| **LOT 104 WHITT** | | | | | | | |
| | | | | | | | -55,388.10 |
| 6/26/2020 | BankFirst | 18319 | STEVE CHISHOLM | REMOVE TREES | | R | -1,500.00 |
| 6/26/2020 | BankFirst | 18321 | S RAUL CHACON | 2 F/PS & O/D KITCHEN | | R | -2,900.00 |
| 6/26/2020 | BankFirst | 18324 | S WARREN ELECTRIC | ELECT TRIM | | R | -2,983.70 |
| 6/26/2020 | BankFirst | 18327 | S SCOTTIE WINGATE | PAINTER | | R | -1,500.00 |
| 6/30/2020 | BankFirst | 18341 | S CARR PLUMBING | PLUMBING | | R | -193.99 |
| 6/30/2020 | BankFirst | 18350 | S STEVE CHISHOLM | DRIVEWAY (FILL DIRT) | | R | -1,070.00 |
| 7/3/2020 | BankFirst | 18362 | S JMI | CABINET DOORS | | R | -179.23 |
| 7/7/2020 | BankFirst | 18368 | RAUL CHACON | LAY FIRE ROCK | | R | -2,200.00 |
| 7/10/2020 | BankFirst | 18371 | S DIRTY DEEDS DISPOSAL | SITE CLEAN UP | | R | -750.00 |
| 7/13/2020 | BankFirst | 18379 | S 84 LUMBER CO | TRIM MATERIAL | | R | 1,202.83 |
| | | | | FORM MATERIAL | | R | -1,327.85 |
| 7/16/2020 | BankFirst | 18385 | STEVE CHISHOLM | REMOVE TREES | | R | -3,500.00 |
| 7/17/2020 | BankFirst | 18386 | S STEVE CHISHOLM | CLEAN SURFACE MILDEW | | R | -190.00 |
| | | | | SITE CLEAN UP | | R | -410.00 |
| | | | | DRIVEWAY (FILL DIRT) | | R | -1,660.00 |
| | | | | DRIVEWAY (EQUIP) | | R | -1,360.00 |
| | | | | FORM & POUR DIRVEWAY | | R | -9,101.00 |
| 7/17/2020 | BankFirst | 18392 | S CHRIS HARALSON | GRADE DRIVEWAY | | R | -1,800.00 |
| 7/23/2020 | BankFirst | 18402 | S CARR PLUMBING | PLUMBING | | R | -1,010.92 |
| 7/24/2020 | BankFirst | 18403 | S STEVE CHISHOLM | RECK DRIVEWAY FORMS | | R | -510.00 |
| 7/24/2020 | BankFirst | 18405 | S WARREN ELECTRIC | ELECT CHANGES | | R | -695.24 |
| 7/24/2020 | BankFirst | 18409 | RAUL CHACON | STUCCO F/P & VENT HOOD | | R | -1,800.00 |
| 7/31/2020 | BankFirst | 18431 | S RAUL CHACON | STONE PATIO & STEPS | | R | -2,100.00 |
| 7/31/2020 | BankFirst | 18444 | STEVE CHISHOLM | TREE REMOVAL | | R | -4,862.00 |
| 8/7/2020 | BankFirst | 18452 | S DIRTY DEEDS DISPOSAL | SITE CLEAN UP | | R | -800.00 |
| 8/7/2020 | BankFirst | 18457 | S SCOTTIE WINGATE | PAINTER | | R | -1,000.00 |
| 8/12/2020 | BankFirst | 18466 | S STEVE CHISHOLM | GRADING (EQUIPMENT) | | R | -827.50 |

9/22/2020

# Itemized Categories
## 6/22/2020 through 9/22/2020 (Cash Basis)

| Date | Account | Num | Description | Memo | Tag | Clr | Amount |
|---|---|---|---|---|---|---|---|
| | | | | GRADING (EQUIPMENT) | | R | -747.50 |
| | | | | GRADING (EQUIPMENT) | | R | -667.50 |
| | | | | TRACK HOE (YARD) | | R | -667.50 |
| | | | | FILL DIRT (YARD) | | R | -3,537.50 |
| | | | | DIRT HAULED OUT | | R | -507.50 |
| | | | | LOADING DIRT | | R | -267.50 |
| 8/14/2020 | BankFirst | 18468 | S PRO FLOORING INSTAL...TILE REPAIR | TILE REPAIR | | R | -175.00 |
| 8/14/2020 | BankFirst | 18479 | S THE STONE SOURCE | TILE MATERIAL | | | 0.00 |
| 8/20/2020 | BankFirst | 18483 | S CUSTOM BUILT CABINETS SCREEN PORCH | SCREEN PORCH | | R | -800.00 |
| | | | | HANG BARN DOORS | | R | -459.00 |
| 8/21/2020 | BankFirst | 18487 | S STEVE CHISHOLM | CUT CONCRETE | | R | -60.00 |
| 8/21/2020 | BankFirst | 18498 | S JMI | CABINET DOORS | | | -57.00 |
| 8/26/2020 | BankFirst | 18501 | S CUSTOM BUILT CABINETS SCREEN PORCH | SCREEN PORCH | | R | -800.00 |
| | | | | SCREEN DOOR | | R | -200.00 |
| 8/28/2020 | BankFirst | 18503 | S STEVE CHISHOLM | CLEAN WINDOWS | | R | -440.00 |
| | | | | PRESSURE WASH BRICK | | R | -320.00 |
| 8/28/2020 | BankFirst | 18508 | S SCOTTIE WINGATE | SILT FENCE (POOL ACCE... | | c | -459.00 |
| | | | | PAINTER | | R | -1,000.00 |
| 9/4/2020 | BankFirst | 18514 | S STEVE CHISHOLM | INSIDE CLEAN UP | | R | -1,294.00 |
| 9/4/2020 | BankFirst | 18515 | S COPPER CREATIONS | COPPER ROOF | | | -908.50 |
| **LOT 131 WHITTINGTON** | | | | | | | **-18,970.39** |
| 6/26/2020 | BankFirst | 18335 | CITIZENS BANK | CONST INTEREST | | R | -13,736.13 |
| 7/3/2020 | BankFirst | 18361 | S JERRY HALL | CUT GRASS (JEROME) | | R | -50.00 |
| 7/13/2020 | BankFirst | 18378 | S COWBOY MALONEY | APPLIANCES | | R | -5,396.01 |
| 7/17/2020 | BankFirst | 18395 | S JERRY HALL | CUT GRASS (JEROME) | | R | -50.00 |
| 7/23/2020 | BankFirst | 18402 | S CARR PLUMBING | PLUMBING | | R | 311.75 |
| 7/23/2020 | BankFirst | 18447 | S JERRY HALL | CUT GRASS (JEROME) | | R | -50.00 |
| **LOT 138 WHITTINGTON** | | | | | | | **-30,331.53** |
| 7/10/2020 | BankFirst | 18367 | S STEVE CHISHOLM | WEED EAT | | R | -160.00 |
| 7/28/2020 | BankFirst | 18422 | RENASANT BANK | CONST INTEREST | | R | -29,025.53 |
| 7/31/2020 | BankFirst | EFT | BUILDERS MUTUAL | BUILDERS RISK | | R | -1,048.00 |
| 9/4/2020 | BankFirst | 18514 | S STEVE CHISHOLM | WEED EAT | | R | -100.00 |
| **LOT 139 WHITTINGTON** | | | | | | | **-150.00** |
| 7/3/2020 | BankFirst | 18361 | S JERRY HALL | CUT GRASS (JEROME) | | R | -50.00 |
| 7/17/2020 | BankFirst | 18395 | S JERRY HALL | CUT GRASS (JEROME) | | R | -50.00 |
| 7/31/2020 | BankFirst | 18447 | S JERRY HALL | CUT GRASS (JEROME) | | R | -50.00 |
| **LOT 142 WHITTINGTON** | | | | | | | **-103,996.58** |
| 6/24/2020 | BankFirst | 18313 | S CUSTOM BUILT CABINETS TRIM MAN | | | R | -5,762.00 |

9/22/2020

## Itemized Categories
### 6/22/2020 through 9/22/2020 (Cash Basis)

| Date | Account | Num | Description | Memo | Tag | Clr | Amount |
|---|---|---|---|---|---|---|---|
| 6/26/2020 | BankFirst | 18327 | S SCOTTIE WINGATE | PAINTER | | R | -4,500.00 |
| 6/26/2020 | BankFirst | 18328 | S BBH CONSTRUCTION | SIDING | | R | -1,400.00 |
| 6/29/2020 | BankFirst | 18336 | S HERCULES CONCRETE ... | PUMP TRUCK | | R | -1,788.00 |
| 7/1/2020 | BankFirst | 18344 | S ACME BRICK CO | MASONRY SUPPLIES | | R | -11,164.33 |
| 7/3/2020 | BankFirst | 18360 | S SCOTTIE WINGATE | PAINTER | | R | -3,500.00 |
| 7/10/2020 | BankFirst | 18373 | S SCOTTIE WINGATE. | PAINTER | | R | -2,500.00 |
| 7/10/2020 | BankFirst | 18375 | CONSTRESS | POST TENSION | | R | -3,870.00 |
| 7/13/2020 | BankFirst | 18379 | S 84 LUMBER CO | FRAMING MATERIAL | | R | 360.00 |
| | | | | FORM MATERIAL | | R | -888.64 |
| | | | | TRIM MATERIAL. | | R | -16,004.80 |
| 7/16/2020 | BankFirst | 18384 | RENFROW SUPPLY | SHINGLES | | R | -6,634.71 |
| 7/24/2020 | BankFirst | 18406 | S PRO FLOORING INSTALL... | TILE LABOR | | R | -6,960.00 |
| 7/28/2020 | BankFirst | 18423 | SPENCER READY MIX | DRIVEWAY | | R | -6,510.95 |
| 7/28/2020 | BankFirst | 18426 | CONTRACTORS MILLWO... | | | R | -22,423.20 |
| 7/31/2020 | BankFirst | 18440 | S ACME BRICK CO | MASONRY SUPPLIES | | R | -1,138.48 |
| 8/7/2020 | BankFirst | 18453 | S WARREN ELECTRIC | ELECT TRIM | | R | -5,408.15 |
| 8/21/2020 | BankFirst | 18498 | S JMI | CABINET DOORS | | R | -3,803.32 |
| 9/4/2020 | BankFirst | 18514 | S STEVE CHISHOLM | WEED EAT | | | -100.00 |

**LOT 144 WHITTINGTON**

| Date | Account | Num | Description | Memo | Tag | Clr | Amount |
|---|---|---|---|---|---|---|---|
| 6/26/2020 | BankFirst | 18334 | S PULLEN WINDOWS & D... | INT DOORS | | R | -22,663.21 |
| | | | | TRIM | | R | -4,879.23 |
| | | | | | | R | 124.35 |

**LOT 154 WHITT**

| Date | Account | Num | Description | Memo | Tag | Clr | Amount |
|---|---|---|---|---|---|---|---|
| 6/26/2020 | BankFirst | 18322 | ENVIRONMENTAL LAND... | LANDSCAPE & IRRIGATION | | R | -40,235.48 |
| 6/26/2020 | BankFirst | 18326 | QUALITY GLASS | MIRRORS & SHOWER DO... | | R | -10,060.14 |
| 6/26/2020 | BankFirst | 18331 | S COPPER CREATIONS | COPPER TOP | | R | -2,841.92 |
| 7/2/2020 | BankFirst | 18348 | S THE STONE SOURCE | GRANITE | | R | -963.00 |
| | | | | TILE MATERIAL. | | R | -12,465.93 |
| 7/9/2020 | BankFirst | 18365 | S MAGNOLIA LIGHTING | LIGHTING | | R | -5,921.41 |
| 7/23/2020 | BankFirst | 18402 | S CARR PLUMBING | PLUMBING | | R | -2,041.24 |
| 7/31/2020 | BankFirst | 18428 | S BUILDERS SPECIALTIES | GAS LOGS | | R | -1,171.04 |
| 8/14/2020 | BankFirst | 18475 | TUBBY'S BATHTUB REPA... | CONCRETE COUNTER TOP | | R | -761.40 |
| 8/14/2020 | BankFirst | 18478 | S THE STONE SOURCE | TILE MATERIAL | | R | -1,500.00 |
| | | | | | | | 0.00 |

9/22/2020

## Itemized Categories
### 6/22/2020 through 9/22/2020 (Cash Basis)

| Date | Account | Num | Description | Memo | Tag | Clr | Amount |
|------|---------|-----|-------------|------|-----|-----|--------|
| 8/20/2020 | BankFirst | 18485 | S RENFROW DECORATIVE...CARPET | | | R | -1,985.17 |
| 8/21/2020 | BankFirst | 1849B | S JMI | CABINET DOORS | | R | -362.73 |
| 8/25/2020 | BankFirst | 18500 | S RENFROW INSULATION | FIRE CAULK | | R | -160.50 |
| **LOT 2 CASTLEWOODS** | | | | | | | **-45,645.18** |
| 6/24/2020 | BankFirst | EFT | BUILDERS MUTUAL | BUILDERS RISK | | R | -747.00 |
| 6/24/2020 | BankFirst | 18329 | S DIRTY DEEDS DISPOSAL | SITE CLEAN UP | | R | -650.00 |
| 6/26/2020 | BankFirst | | S DIRTY DEEDS DISPOSAL | SITE CLEAN UP | | R | -350.00 |
| 6/26/2020 | BankFirst | 18336 | S HERCULES CONCRETE... | PUMP TRUCK | | R | -1,363.00 |
| 7/3/2020 | BankFirst | 18350 | S STEVE CHISHOLM | POUR DRIVEWAY | | R | -831.00 |
| | | | | RECK FORMS | | R | -165.00 |
| 7/3/2020 | BankFirst | 18351 | S WARREN ELECTRIC | ELECT TRIM | | R | -1,719.92 |
| 7/3/2020 | BankFirst | 18356 | S DIRTY DEEDS DISPOSAL | SITE CLEAN UP | | R | -350.00 |
| 7/8/2020 | BankFirst | 18363 | S CUSTOM BUILT CABINETS TRIM MAN | | | R | -6,816.00 |
| 7/10/2020 | BankFirst | 18367 | S STEVE CHISHOLM | SILT FENCE | | R | -265.00 |
| 7/10/2020 | BankFirst | 18373 | S SCOTTIE WINGATE | PAINTER | | R | -2,500.00 |
| 7/13/2020 | BankFirst | 18379 | S 84 LUMBER CO | SHINGLES | | R | -4,220.62 |
| | | | | FRAMING MATERIAL | | R | -2,255.90 |
| 7/17/2020 | BankFirst | 18388 | S DIRTY DEEDS DISPOSAL | SITE CLEAN UP | | R | -300.00 |
| 7/17/2020 | BankFirst | 18391 | S SCOTTIE WINGATE | PAINTER | | R | -2,400.00 |
| 7/21/2020 | BankFirst | 18396 | S AC DESIGNS | HVAC ROUGH | | R | -5,411.53 |
| 7/24/2020 | BankFirst | 18410 | S SCOTTIE WINGATE | PAINTER | | R | -2,500.00 |
| 7/31/2020 | BankFirst | 18438 | S CONSTRESS | POSST TENSION | | R | -2,800.00 |
| 7/31/2020 | BankFirst | 18440 | S ACME BRICK CO | MASONRY SUPPLIES | | R | -5,478.67 |
| 8/7/2020 | BankFirst | 18457 | S SCOTTIE WINGATE | PAINTER | | R | -1,000.00 |
| 8/14/2020 | BankFirst | 18468 | S PRO FLOORING INSTALL...HARDIE BACKER | | | R | -1,360.00 |
| | | | CENTRAL EPA | POWER BILL | | R | -89.80 |
| 8/21/2020 | BankFirst | 18499 | S WARREN ELECTRIC | ELECT TRIM | | R | -1,289.94 |
| 8/28/2020 | BankFirst | 18504 | S PLANTATION MILLWORKS | MANTLE TIMBER | c | | -363.60 |
| 9/4/2020 | BankFirst | 18514 | S STEVE CHISHOLM | GRADING | | | -417.00 |
| **LOT 2 LOST PINE** | | | | | | | **-58,159.36** |
| 6/26/2020 | BankFirst | 18320 | S STEVE CHISHOLM | DRIVEWAY (EQUIP) | | | -1,185.00 |
| 6/26/2020 | BankFirst | 18328 | S BBH CONSTRUCTION | FRAMER (FINAL) | | R | -1,000.00 |
| 6/29/2020 | BankFirst | 18336 | S HERCULES CONCRETE... | PUMP TRUCK | | R | -1,351.00 |
| 6/30/2020 | BankFirst | 18342 | S SPENCER READY MIX | SLAB | | R | -19,987.60 |
| 7/3/2020 | BankFirst | 18356 | S DIRTY DEEDS DISPOSAL | SITE CLEAN UP | | R | -650.00 |
| 7/10/2020 | BankFirst | 18367 | S STEVE CHISHOLM | MOVE DIRT | | R | -205.00 |
| 7/10/2020 | BankFirst | 18370 | S WARREN ELECTRIC | ELECT TRIM | | R | -1,713.93 |
| 7/10/2020 | BankFirst | 18376 | S BBH CONSTRUCTION | GENERATOR | | R | -719.84 |

Page 6

9/22/2020

## Itemized Categories
### 6/22/2020 through 9/22/2020 (Cash Basis)

| Date | Account | Num | Description | Memo | Tag | Clr | Amount |
|---|---|---|---|---|---|---|---|
| 7/17/2020 | BankFirst | 18386 | S STEVE CHISHOLM | SILT FENCE REPAIR | | R | -230.00 |
| 7/17/2020 | BankFirst | 18390 | BBH CONSTRUCTION | SIDING | | R | -2,742.00 |
| 7/17/2020 | BankFirst | | | | | R | -920.00 |
| 7/24/2020 | BankFirst | 18403 | S STEVE CHISHOLM | FORM DRIVEWAY | | R | -245.00 |
| 7/24/2020 | BankFirst | 18397 | 84 LUMBER CO | EQUIPMENT | | R | -8,281.19 |
| 7/31/2020 | BankFirst | 18427 | S STEVE CHISHOLM | FRAMING MATERIAL | | R | -930.00 |
| 7/31/2020 | BankFirst | 18433 | S SCOTTIE WINGATE | POUR DRIVEWAY | | R | -1,500.00 |
| 7/31/2020 | BankFirst | 18439 | S DIRTY DEEDS DISPOSAL | PAINTER | | R | -460.00 |
| 7/31/2020 | BankFirst | 18440 | S ACME BRICK CO | SITE CLEAN UP | | R | -7,550.82 |
| 7/31/2020 | BankFirst | EFT | BUILDERS MUTUAL | MASONRY SUPPLIES | | R | -703.00 |
| 8/7/2020 | BankFirst | 18457 | S SCOTTIE WINGATE | BUILDERS RISK | | R | -3,000.00 |
| 8/14/2020 | BankFirst | 18471 | S SCOTTIE WINGATE | PAINTER | | R | -3,500.00 |
| 8/21/2020 | BankFirst | 18487 | S STEVE CHISHOLM | PAINTER | | R | -215.00 |
| | | | | SILT FENCE | | R | -40.00 |
| 8/21/2020 | BankFirst | 18494 | S SCOTTIE WINGATE | CLEAN STREET | | R | -1,000.00 |
| 9/4/2020 | BankFirst | 18514 | S STEVE CHISHOLM | PAINTER | | R | -40.00 |
| **LOT 23 CASTLEWOODS** | | | | CLEAN STREET | | | **-5,000.00** |
| 6/22/2020 | BankFirst | 18312 | MELISSA HARRIS | EARNEST MONEY REFUND | | R | -47,845.81 |
| **LOT 3 CASTLEWOODS** | | | | | | | **-47,845.81** |
| 6/26/2020 | BankFirst | 18320 | S STEVE CHISHOLM | FORM DRIVEWAY & WALL | | R | -1,105.00 |
| | | | | SITE CLEAN UP | | R | -405.00 |
| | | | | CUT CURB | | R | -305.00 |
| | | | | DRIVEWAY (EQUIP) | | R | -900.00 |
| 6/26/2020 | BankFirst | 18323 | S WILL NORRIS | H&F SHEETROCK | | R | -5,577.00 |
| 6/26/2020 | BankFirst | 18329 | S DIRTY DEEDS DISPOSAL | SITE CLEAN UP | | R | -650.00 |
| | | | | SITE CLEAN UP | | R | -350.00 |
| 6/29/2020 | BankFirst | 18336 | S HERCULES CONCRETE ... | PUMP TRUCK | | R | -1,628.00 |
| 7/3/2020 | BankFirst | 18350 | S STEVE CHISHOLM | POUR DRIVEWAY | | R | -1,114.00 |
| 7/3/2020 | BankFirst | | | RECK FORMS | | R | -215.00 |
| 7/3/2020 | BankFirst | 18351 | S WARREN ELECTRIC | ELECT TRIM | | R | -1,688.10 |
| 7/8/2020 | BankFirst | 18363 | S CUSTOM BUILT CABINETS | TRIM MAN | | R | -8,765.00 |
| 7/10/2020 | BankFirst | 18367 | S STEVE CHISHOLM | SILT FENCE | | R | -240.00 |
| 7/13/2020 | BankFirst | 18379 | S 84 LUMBER CO | SHINGLES | | R | -4,220.62 |
| | | | | FRAMING MATERIAL | | R | -472.46 |
| 7/17/2020 | BankFirst | 18388 | S DIRTY DEEDS DISPOSAL | SITE CLEAN UP | | R | -350.00 |
| | | | | SITE CLEAN UP | | R | -150.00 |
| 7/17/2020 | BankFirst | 18391 | S SCOTTIE WINGATE | PAINTER | | R | -3,600.00 |
| 7/21/2020 | BankFirst | 18396 | S AC DESIGNS | HVAC ROUGH | | R | -5,411.53 |

9/22/2020

## Itemized Categories
### 6/22/2020 through 9/22/2020 (Cash Basis)

| Date | Account | Num | Description | Memo | Tag | Clr | Amount |
|------|---------|-----|-------------|------|-----|-----|--------|
| 7/24/2020 | BankFirst | 18410 | S SCOTTIE WINGATE | PAINTER | | R | -3,600.00 |
| 7/31/2020 | BankFirst | 18440 | S ACME BRICK CO | MASONRY SUPPLIES | | R | -5,320.47 |
| 7/31/2020 | BankFirst | EFT | BUILDERS MUTUAL | BUILDERS RISK | | R | -623.00 |
| 8/26/2020 | BankFirst | 19501 | S CUSTOM BUILT CABINETS SET FRONT DOOR | | | | -180.00 |
| 8/28/2020 | BankFirst | 18504 | S WARREN ELECTRIC | ELECT TRIM | | | -1,266.83 |
| 8/28/2020 | BankFirst | 18514 | S STEVE CHISHOLM | GRADING | | | -417.00 |
| 9/4/2020 | BankFirst | 18518 | S PRO FLOORING INSTALL...HARDIE BACKER | | | | -1,120.00 |
| | | | **LOT 4 CHESTNUT HILLS** | | | | **-1,351.00** |
| 6/29/2020 | BankFirst | 18336 | S HERCULES CONCRETE ... PUMP TRUCK | | R | | -1,351.00 |
| | | | **LOT 4 LOST PINE** | | | | **-61,471.87** |
| 6/26/2020 | BankFirst | 18323 | S WILL NORRIS | H&F SHEETROCK | | R | -5,910.30 |
| 6/26/2020 | BankFirst | 18328 | S BBH CONSTRUCTION | FRAMER (FINAL) | | R | -1,000.00 |
| | | | | SIDING | | R | -3,104.00 |
| 6/30/2020 | BankFirst | 18342 | S SPENCER READY MIX | SLAB | | R | -15,046.34 |
| 7/3/2020 | BankFirst | 18356 | S DIRTY DEEDS DISPOSAL | SITE CLEAN UP | | R | -650.00 |
| 7/10/2020 | BankFirst | 18370 | S WARREN ELECTRIC | ELECT TRIM | | R | -1,705.22 |
| 7/16/2020 | BankFirst | 18382 | CUSTOM BUILT CABINETS TRIM MAN | | | R | -6,738.00 |
| 7/17/2020 | BankFirst | 18386 | S STEVE CHISHOLM | SILT FENCE REPAIR | | R | -250.00 |
| 7/24/2020 | BankFirst | 18403 | S STEVE CHISHOLM | FORM DRIVEWAY | | R | -1,000.00 |
| | | | | EQUIPMENT | | R | -395.00 |
| 7/24/2020 | BankFirst | 18398 | 84 LUMBER CO | FRAMING MATERIAL | | R | -8,212.60 |
| 7/31/2020 | BankFirst | 18427 | S STEVE CHISHOLM | POUR DRIVEWAY | | R | -1,010.00 |
| 7/31/2020 | BankFirst | 18433 | S SCOTTIE WINGATE | PAINTER | | R | -1,000.00 |
| 7/31/2020 | BankFirst | 18439 | S DIRTY DEEDS DISPOSAL | SITE CLEAN UP | | R | -450.00 |
| 7/31/2020 | BankFirst | 18441 | S ACME BRICK CO | MASONRY SUPPLIES | | R | -6,882.02 |
| 8/7/2020 | BankFirst | 18457 | S SCOTTIE WINGATE | PAINTER | | R | -3,000.00 |
| 8/7/2020 | BankFirst | 18458 | S BANCORPSOUTH | CONST INTEREST | | R | -1,622.39 |
| 8/14/2020 | BankFirst | 18471 | S SCOTTIE WINGATE | PAINTER | | R | -3,200.00 |
| 8/21/2020 | BankFirst | 18487 | S STEVE CHISHOLM | SILT FENCE | | R | -215.00 |
| | | | | CLEAN STREET | | R | -40.00 |
| 9/4/2020 | BankFirst | 18514 | S STEVE CHISHOLM | CLEAN STREET | | R | -40.00 |
| | | | **LOT 40 SILVER LEAF** | | | | **-54,543.71** |
| 6/24/2020 | BankFirst | 18313 | S CUSTOM BUILT CABINETS SCREEN DOOR | | | R | -150.00 |
| | | | | SCREEN PORCH | | R | -450.00 |
| | | | | HANG BARN DOOR | | R | -150.00 |
| 6/24/2020 | BankFirst | 18315 | SPRINGFIELD HEATING ... BONUS ROOM HVAC | | | R | -5,026.00 |
| 6/26/2020 | BankFirst | 18320 | S STEVE CHISHOLM | SITE CLEAN UP | | R | -225.00 |
| | | | | RECLEAN INSIDE | | R | -325.00 |

9/22/2020

## Itemized Categories
### 6/22/2020 through 9/22/2020 (Cash Basis)

| Date | Account | Num | Description | Memo | Tag | Clr | Amount |
|---|---|---|---|---|---|---|---|
| 6/29/2020 | BankFirst | 18338 | SEALS DIGGING SERVIE | GRINDER PIMP | | R | -7,490.00 |
| 6/30/2020 | BankFirst | 18341 | S CARR PLUMBING | PLUMBING | | R | -2,274.70 |
| 7/17/2020 | BankFirst | 18362 | S JMI | CABINET DOORS | | R | -94.16 |
| 7/9/2020 | BankFirst | 18364 | S BARRY CLARK PLUMBING B | ROOM ROUGH / TRIM | | R | -10,593.00 |
| 7/13/2020 | BankFirst | 18379 | S 84 LUMBER CO | TRIM MATERIAL | | R | -3,072.19 |
| 7/17/2020 | BankFirst | 18384 | IRON INNOVATIONS | MAIL BOX | | R | -447.62 |
| 7/24/2020 | BankFirst | 18415 | S HARVEY STOKES | WALL RAILS | | R | -1,500.00 |
| | | | | TEMP RAIL | | R | -300.00 |
| 7/24/2020 | BankFirst | 18416 | S PULLEN WINDOWS & D... | TRIM | | R | -5,313.41 |
| | | | | INT DOORS | | R | -2,686.59 |
| 7/27/2020 | BankFirst | 18417 | S COWBOY MALONEY | APPLIANCES | | R | -8,159.71 |
| 7/31/2020 | BankFirst | 18442 | MORGANS TREE SERVICE | TREE REMOVAL | | R | -2,500.00 |
| 8/7/2020 | BankFirst | 18454 | S PLANTATION MILLWORKS | TIMBERS | | R | -850.65 |
| 8/7/2020 | BankFirst | 18456 | S QUALITY GLASS | MIRRORS | | R | -1,135.27 |
| 8/21/2020 | BankFirst | 18492 | BUILDERS SPECIALTIES | GAS LOGS | | R | -1,539.00 |
| 8/21/2020 | BankFirst | 18498 | S JMI | CABINET DOORS | | R | -261.41 |

**LOT 44 LOST PINE** ... -81,988.83

| Date | Account | Num | Description | Memo | Tag | Clr | Amount |
|---|---|---|---|---|---|---|---|
| 6/26/2020 | BankFirst | 18321 | S RAUL CHACON | BRICK MASON (EXT) | | R | -6,200.00 |
| 6/26/2020 | BankFirst | 18328 | S BBH CONSTRUCTION | FRAMER (FINAL) | | R | -1,000.00 |
| 7/3/2020 | BankFirst | 18359 | S WILL NORRIS | H&F SHEETROCK | | R | -5,940.00 |
| 7/9/2020 | BankFirst | 18366 | S SPENCER READY MIX | SLAB | | R | -14,151.70 |
| 7/10/2020 | BankFirst | 18370 | S WARREN ELECTRIC | ELECT TRIM | | R | -1,758.44 |
| 7/10/2020 | BankFirst | 18371 | S DIRTY DEEDS DISPOSAL | SITE CLEAN UP | | R | -650.00 |
| | | | | SITE CLEAN UP | | R | -350.00 |
| 7/17/2020 | BankFirst | 18398 | S DIRTY DEEDS DISPOSAL | SITE CLEAN UP | | R | -150.00 |
| 7/24/2020 | BankFirst | 18403 | S STEVE CHISHOLM | SILT FENCE | | R | -280.00 |
| 7/24/2020 | BankFirst | 18399 | S 84 LUMBER CO | FRAMING MATERIAL | | R | -22,355.24 |
| | | | | SHINGLES | | R | -4,518.08 |
| 7/31/2020 | BankFirst | 18427 | S STEVE CHISHOLM | CLEAN STREET | | R | -60.00 |
| 7/31/2020 | BankFirst | 18441 | S ACME BRICK CO | MASONRY SUPPLIES | | R | -7,308.54 |
| 8/7/2020 | BankFirst | 18449 | S CUSTOM BUILT CABINETS | TRIM MAN | | R | -7,221.00 |
| 8/7/2020 | BankFirst | 18450 | S STEVE CHISHOLM | EQUIPMENT | | R | -880.00 |
| | | | | FORM DRIVEWAY | | R | -877.00 |
| 8/7/2020 | BankFirst | 18468 | S BANCORPSOUTH | CONST INTEREST | | R | -1,658.83 |
| 8/21/2020 | BankFirst | 18487 | S STEVE CHISHOLM | SILT FENCE | | R | -215.00 |
| | | | | CLEAN STREET | | R | -40.00 |
| 8/21/2020 | BankFirst | 18494 | S SCOTTIE WINGATE | PAINTER | | R | -3,000.00 |
| 8/21/2020 | BankFirst | 18495 | S DIRTY DEEDS DISPOSAL | SITE CLEAN UP | | R | -350.00 |

9/22/2020

## Itemized Categories
### 6/22/2020 through 9/22/2020 (Cash Basis)

| Date | Account | Num | Description | Memo | Tag | Clr | Amount |
|---|---|---|---|---|---|---|---|
| 9/4/2020 | BankFirst | 18514 | S STEVE CHISHOLM | CLEAN STREET | | R | -40.00 |
| 9/4/2020 | BankFirst | 18517 | SCOTTIE WINGATE | PAINTER | | R | -3,000.00 |
| **LOT 45 LOST PINE** | | | | | | | **-91,264.21** |
| 6/26/2020 | BankFirst | 18321 | S RAUL CHACON | BRICK MASON (EXT) | | R | -5,800.00 |
| 6/26/2020 | BankFirst | 18328 | S BBH CONSTRUCTION | FRAMER (FINAL) | | R | -1,000.00 |
| 7/3/2020 | BankFirst | 18359 | S WILL NORRIS | SIDING | | R | -1,916.00 |
| 7/9/2020 | BankFirst | 18366 | S SPENCER READY MIX | H&F SHEETROCK | | R | -6,072.00 |
| 7/10/2020 | BankFirst | 18370 | S WARREN ELECTRIC | SLAB | | R | -15,957.98 |
| 7/10/2020 | BankFirst | 18371 | S DIRTY DEED'S DISPOSAL | ELECT TRIM | | R | -1,863.94 |
| | BankFirst | 18388 | S DIRTY DEEDS DISPOSAL | SITE CLEAN UP | | R | -650.00 |
| 7/17/2020 | BankFirst | 18403 | S STEVE CHISHOLM | SITE CLEAN UP | | R | -350.00 |
| 7/24/2020 | BankFirst | 18400 | S 84 LUMBER CO | SILT FENCE | | R | -150.00 |
| 7/24/2020 | | | | FRAMING MATERIAL | | R | -280.00 |
| | | | | SHINGLES | | R | -28,307.48 |
| 7/28/2020 | BankFirst | 18425 | CUSTOM BUILT CABINETS | TRIM MAN | | R | -4,518.08 |
| 7/31/2020 | BankFirst | 18427 | S STEVE CHISHOLM | CLEAN STREET | | R | -8,403.00 |
| 7/31/2020 | BankFirst | 18441 | S ACME BRICK CO | MASONRY SUPPLIES | | R | -60.00 |
| 8/7/2020 | BankFirst | 18460 | S STEVE CHISHOLM | FORM DRIVEWAY | | R | -5,323.24 |
| | | | | EQUIPMENT | | R | -910.00 |
| 8/7/2020 | BankFirst | 18458 | S BANCORPSOUTH | CONST INTEREST | | R | -880.00 |
| 8/14/2020 | BankFirst | 18471 | S SCOTTIE WINGATE | PAINTER | | R | -1,677.49 |
| 8/21/2020 | BankFirst | 18487 | S STEVE CHISHOLM | SILT FENCE | | R | -1,000.00 |
| | | | | CLEAN STREET | | R | -215.00 |
| 8/21/2020 | BankFirst | 18494 | S SCOTTIE WINGATE | PAINTER | | R | -40.00 |
| 8/21/2020 | BankFirst | 18495 | S DIRTY DEED'S DISPOSAL | SITE CLEAN UP | | R | -2,500.00 |
| 8/28/2020 | BankFirst | 18508 | S SCOTTIE WINGATE | PAINTER | | R | -350.00 |
| 9/4/2020 | BankFirst | 18514 | S STEVE CHISHOLM | CLEAN STREET | | c | -3,000.00 |
| **LOT 67 LC** | | | | | | | **-40.00** |
| | | | | | | | **-71,896.26** |
| 6/26/2020 | BankFirst | 18321 | S RAUL CHACON | 2 F/PS & BRICK WALLS | | R | -2,700.00 |
| 6/26/2020 | BankFirst | 18324 | S WARREN ELECTRIC | ELECT TRIM | | R | -1,976.72 |
| 6/26/2020 | BankFirst | 18328 | S BBH CONSTRUCTION | FRAMING CHANGES | | R | -400.00 |
| 6/26/2020 | BankFirst | 18333 | BBH CONSTRUCTION | REMOVE TOE BOARDS | | R | -400.00 |
| 6/30/2020 | BankFirst | 18341 | S CARR PLUMBING | PLUMBING | | R | -745.66 |
| 7/1/2020 | BankFirst | 18344 | S ACME BRICK CO | MASONRY SUPPLIES | | R | -3,406.95 |
| 7/3/2020 | BankFirst | 18350 | S STEVE CHISHOLM | SITE CLEAN UP | | R | -455.00 |
| | | | | SILT FENCE | | R | -235.00 |
| 7/10/2020 | BankFirst | 18373 | S SCOTTIE WINGATE | PAINTER | | R | -1,000.00 |

9/22/2020

## Itemized Categories
### 6/22/2020 through 9/22/2020 (Cash Basis)

| Date | Account | Num | Description | Memo | Tag | Clr | Amount |
|---|---|---|---|---|---|---|---|
| 7/17/2020 | BankFirst | 18387 | S PLANTATION MILLWORKS | GLUE DOWN | | R | -3,167.20 |
| 7/17/2020 | BankFirst | 18389 | WILL NORRIS | H&F SHEETROCK | | R | -2,756.00 |
| 7/24/2020 | BankFirst | 18403 | S STEVE CHISHOLM | SITE CLEAN UP | | R | -320.00 |
| 7/24/2020 | BankFirst | 18405 | S WARREN ELECTRIC | ELECT TRIM | | R | -892.17 |
| 7/24/2020 | BankFirst | 18413 | S BARRY CLARK PLUMBING | PLUMBING TRIM | | R | -4,762.64 |
| 7/24/2020 | BankFirst | 18414 | S L&W SUPPLY CORPORA... | SHEETROCK | | R | -4,118.75 |
| 7/28/2020 | BankFirst | 18420 | S DON LEWIS | INSTALL APPLIANCES | | R | -775.00 |
| 7/31/2020 | BankFirst | 18427 | S STEVE CHISHOLM | INSIDE CLEAN UP | | R | -500.00 |
| 7/31/2020 | BankFirst | 18429 | V-ELECTRIC | GENERATOR | | R | -9,469.50 |
| 7/31/2020 | BankFirst | 18431 | S RAUL CHACON | FRONT PORCH PAVERS | | R | -800.00 |
| 7/31/2020 | BankFirst | 18433 | S SCOTTIE WINGATE | PAINTER | | R | -1,800.00 |
| 7/31/2020 | BankFirst | 18439 | S DIRTY DEEDS DISPOSAL | SITE CLEAN UP | | R | -500.00 |
| 7/31/2020 | BankFirst | 18448 | CMU | GAS METER | | R | -610.00 |
| 8/7/2020 | BankFirst | 18449 | S CUSTOM BUILT CABINETS | LOCK OUT | | R | -1,200.00 |
| 8/7/2020 | BankFirst | 18450 | S STEVE CHISHOLM | SCREEN PORCH | | R | -1,150.00 |
| | | | | INSIDE CLEAN UP | | R | -920.00 |
| | | | | SITE CLEAN UP | | R | -260.00 |
| | | | | RECLEAN INSIDE | | R | -200.00 |
| | | | | MAIL BOX | | R | -200.00 |
| 8/7/2020 | BankFirst | 18462 | S DIRTY DEEDS DISPOSAL | SITE CLEAN UP | | R | -250.00 |
| 8/7/2020 | BankFirst | 18463 | S WARREN ELECTRIC | ELECT TRIM | | R | -475.88 |
| 8/7/2020 | BankFirst | 18454 | S PLANTATION MILLWORKS | HEART PINE | | R | -358.45 |
| 8/12/2020 | BankFirst | 18462 | ENVIRONMENTAL LAND... | LANDSCAPE & IRRIGATION | | R | -12,000.00 |
| 8/14/2020 | BankFirst | 18474 | CREWS CREATIVE SURF... | STAIN CONCRETE | | R | -441.00 |
| 8/14/2020 | BankFirst | 18476 | S DON LEWIS | INSTALL APPLIANCES | | R | -650.00 |
| 8/14/2020 | BankFirst | 18479 | S THE STONE SOURCE | GRANITE | | | 0.00 |
| | | | | TILE MATERIAL | | | 0.00 |
| 8/21/2020 | BankFirst | 18491 | S QUALITY GLASS | MIRRORS & SHOWER DO... | | | -2,122.88 |
| 8/21/2020 | BankFirst | 18497 | SEALS DIGGING SERVIE | GRINDER PIMP | | R | -6,206.00 |
| 8/21/2020 | BankFirst | 18498 | S JMI | CABINET DOORS | | R | -277.61 |
| 8/25/2020 | BankFirst | 18500 | S RENFROW INSULATION | BATT INSULATION | | R | -2,820.36 |
| 8/28/2020 | BankFirst | 18504 | S WARREN ELECTRIC | PIER POWER | | | -233.28 |
| 8/28/2020 | BankFirst | 18507 | S PLANTATION MILLWORKS | GLUE DOWN | | c | -319.93 |
| | | | | | | | -42,266.73 |
| **LOT 81 SWEETBRIAR** | | | | | | | |
| 6/26/2020 | BankFirst | 18320 | S STEVE CHISHOLM | SILT FENCE | | | -1,125.00 |
| 6/26/2020 | BankFirst | 18325 | CHRIS HARALSON | FOUNDATION DRAW | | R | -3,411.00 |
| 7/1/2020 | BankFirst | 18347 | S SHANNON ARMSTRONG | CRUSHED ROCK | | R | -500.00 |
| 7/9/2020 | BankFirst | 18364 | S BARRY CLARK PLUMBING | PLUMBING ROUGH | | | -4,822.00 |

9/22/2020

## Itemized Categories
### 6/22/2020 through 9/22/2020 (Cash Basis)

| Date | Account | Num | Description | Memo | Tag | Clr | Amount |
|---|---|---|---|---|---|---|---|
| **LOT L13 REUN** | | | | | | | |
| 7/24/2020 | BankFirst | 18415 | S HARVEY STOKES | TEMP RAIL | | R | -400.00 |
| 6/24/2020 | BankFirst | 18317 | ROOTER ROOTER | UNSTOP SEWER | | R | -583.15 |
| **LOT G9 REUN** | | | | | | | |
| 8/21/2020 | BankFirst | 18491 | S QUALITY GLASS | GLASS | | | -85.60 |
| 7/17/2020 | BankFirst | 18395 | S JERRY HALL | CUT GRASS (JEROME) | | R | -50.00 |
| 7/17/2020 | BankFirst | 18386 | S STEVE CHISHOLM | CUT GRASS | | R | -60.00 |
| 7/3/2020 | BankFirst | 18361 | S JERRY HALL | CUT GRASS (JEROME) | | R | -50.00 |
| **LOT G29 REUN** | | | | | | | |
| 8/28/2020 | BankFirst | 18505 | DON LEWIS | INSTALL APPLIANCES | | | -246.60 |
| 8/14/2020 | BankFirst | 18482 | S JERRY HALL | CUT GRASS (JEROME) | | | -1,600.00 |
| 7/17/2020 | BankFirst | 18395 | S JERRY HALL | CUT GRASS | | R | -40.00 |
| 7/3/2020 | BankFirst | 18361 | S JERRY HALL | CUT GRASS (JEROME) | | R | -50.00 |
| **LOT C29 REUN** | | | | | | | |
| 9/4/2020 | BankFirst | 18514 | S STEVE CHISHOLM | BED MAINTENANCE | | | -50.00 |
| 6/30/2020 | BankFirst | 18341 | S CARR PLUMBING | PLUMBING | | R | -557.00 |
| **LOT C21 REUN** | | | | | | | |
| 6/26/2020 | BankFirst | 18320 | S STEVE CHISHOLM | CUT TREES | | R | -1,502.23 |
| **LOT A31 REUN** | | | | | | | |
| 6/30/2020 | BankFirst | 18341 | S CARR PLUMBING | PLUMGING | | R | -2,050.23 |
| 7/31/2020 | EFT | | BUILDERS MUTUAL | BUILDERS RISK | | R | -525.00 |
| 7/31/2020 | BankFirst | 18447 | S JERRY HALL | CUT GRASS (JEROME) | | R | -2,958.39 |
| 7/31/2020 | BankFirst | 18436 | PREMIER HARDWOOD F... | LAY WOOD FLOORS | | R | -1,370.00 |
| 7/28/2020 | BankFirst | 18421 | BANK PLUS | CONST INTEREST | | R | -6,430.00 |
| 7/17/2020 | BankFirst | 18395 | S JERRY HALL | CUT GRASS (JEROME) | | R | -15,120.34 |
| 7/3/2020 | BankFirst | 18361 | S JERRY HALL | CUT GRASS (JEROME) | | R | -50.00 |
| | | | | INT DOORS | | R | -50.00 |
| | | | | INT DOORS | | R | -4,568.74 |
| | | | | TRIM | | R | -770.40 |
| **LOT 87 WHITTINGTON** | | | | | | | |
| 6/26/2020 | BankFirst | 18334 | S PULLEN WINDOWS & D... | | | R | -33,804.29 |
| 9/3/2020 | BankFirst | 18513 | BANCORPSOUTH | CONST INTEREST | | c | -955.83 |
| 8/21/2020 | BankFirst | 18493 | COPPER CREATIONS | FLASHING | | R | -1,459.48 |
| 8/21/2020 | BankFirst | 18490 | S WARREN ELECTRIC | ELECT ROUGH | | R | -5,616.86 |
| 8/21/2020 | BankFirst | 18488 | BARRY CLARK PLUMBING | PLUMBING TOPOUT | | R | -4,822.55 |
| 8/14/2020 | BankFirst | 18473 | DIRTY DEEDS DISPOSAL | SITE CLEAN UP | | R | -700.00 |
| 8/14/2020 | BankFirst | 18467 | BBH CONSTRUCTION | FRAMER | | R | -11,994.00 |
| 7/28/2020 | BankFirst | 18424 | SHEREE THOMPSON | EARNEST MONEY REFUND | | R | -4,000.00 |
| 7/17/2020 | BankFirst | 18392 | S CHRIS HARALSON | FOUNDATION BAL | | R | -2,800.00 |

Page 12

9/22/2020

# Itemized Categories
## 6/22/2020 through 9/22/2020 (Cash Basis)

| Date | Account | Num | Description | Memo | Tag | Clr | Amount |
|---|---|---|---|---|---|---|---|
| 8/28/2020 | BankFirst | 18512 | ROOTER ROOTER | UNSTOP SEWER | | R | -587.10 |
| 9/4/2020 | BankFirst | 18514 | S STEVE CHISHOLM | FIX SEWER CLEAN OUT | | | -57.00 |
| **LOT Q3 REUN** | | | | | | | **-10,565.50** |
| 7/13/2020 | BankFirst | 18377 | S JERRY HALL | CUT GRASS (JEROME) | | R | -50.00 |
| 7/24/2020 | BankFirst | 18403 | S STEVE CHISHOLM | SITE CLEAN UP | | R | -280.00 |
| 7/24/2020 | BankFirst | 18406 | S PRO FLOORING INSTALL... | TILE LABOR | | R | -300.00 |
| 7/24/2020 | BankFirst | 18413 | S BARRY CLARK PLUMBING | WATER HEATERS | | R | -749.00 |
| 7/31/2020 | BankFirst | 18427 | S STEVE CHISHOLM | INSIDE CLEAN UP | | R | -680.00 |
| | | | | SITE CLEAN UP | | R | -80.00 |
| | | | | BED MAINTENANCE | | R | -350.00 |
| 7/31/2020 | BankFirst | 18449 | S CUSTOM BUILT CABINETS | CENTRAL VAC TRIM | | R | -1,000.00 |
| 7/31/2020 | BankFirst | 18430 | WILLIAM FILLPOT | PUNCH LIST | | R | -428.00 |
| 7/31/2020 | BankFirst | 18434 | S BARRY CLARK PLUMBING | MAIL BOX | | R | -321.00 |
| 8/7/2020 | BankFirst | 18443 | COPPER SCULPTURES | SCREEN PORCH | | R | -1,150.00 |
| 8/7/2020 | BankFirst | 18459 | WILLIAM HURTT | ADDONS | | R | -350.00 |
| | | | | SHELVES | | R | -250.00 |
| | | | | GUTTERS | | R | -2,375.00 |
| 8/14/2020 | BankFirst | 18460 | BEAR CREEK WATER AS... | IRRIGATION METER | | R | -428.00 |
| 8/20/2020 | BankFirst | 18476 | S DON LEWIS | INSTALL APPLIANCES | | R | -1,400.00 |
| 8/21/2020 | BankFirst | 18485 | S RENFROW DECORATIVE... | TILE MATERIAL | | R | -390.55 |
| | BankFirst | 18490 | S WARREN ELECTRIC | ELECT CHANGES | | R | -90.95 |
| **LOT Q39 REUN** | | | | | | | **-1,599.77** |
| 6/22/2020 | BankFirst | 18311 | CITY OF MADISON | RENTAL PERMIT | | R | -200.00 |
| 6/29/2020 | EFT | | FOREMOST INSURANCE | HAZZARD INSURANCE | | R | -468.59 |
| 7/28/2020 | EFT | | FOREMOST INSURANCE | HAZZARD INSURANCE | | R | -466.50 |
| 8/26/2020 | EFT | | FOREMOST INSURANCE | HAZZARD INSURANCE | | R | -466.50 |
| **LOT Q4 REUN** | | | | | | | **-717.00** |
| 7/13/2020 | BankFirst | 18377 | S JERRY HALL | CUT GRASS (JEROME) | | R | -50.00 |
| 8/14/2020 | BankFirst | 18482 | S JERRY HALL | CUT GRASS (JEROME) | | | -50.00 |
| 9/4/2020 | BankFirst | 18514 | S STEVE CHISHOLM | BED MAINTENANCE | | | -617.00 |
| **LOT Q5 REUN** | | | | | | | **-5,822.56** |
| 7/3/2020 | BankFirst | 18350 | S STEVE CHISHOLM | SITE CLEAN UP | | R | -115.00 |
| 7/10/2020 | BankFirst | 18367 | S STEVE CHISHOLM | INSIDE CLEAN UP | | R | -445.00 |
| | | | | PRESSURE WASH | | R | -305.00 |
| | | | | BED MAINTENANCE | | R | -145.00 |
| 7/13/2020 | BankFirst | 18377 | S JERRY HALL | PINE STRAW | | R | -305.00 |
| | | | | CUT GRASS (JEROME) | | R | -50.00 |
| 7/17/2020 | BankFirst | 18391 | S SCOTTIE WINGATE | PAINTER | | R | -200.00 |

9/22/2020

## Itemized Categories
### 6/22/2020 through 9/22/2020 (Cash Basis)

| Date | Account | Num | Description | Memo | Tag | Clr | Amount |
|---|---|---|---|---|---|---|---|
| 7/24/2020 | BankFirst | 18405 | S WARREN ELECTRIC | ELECT CHANGES | | R | -146.06 |
| 7/24/2020 | BankFirst | 18407 | WILLIAM FILLPOT | CENTRAL VAC TRIM | | R | -1,000.00 |
| 7/24/2020 | BankFirst | 18413 | S BARRY CLARK PLUMBING | PLUMBER | | R | -1,551.50 |
| 7/28/2020 | BankFirst | 18420 | S DON LEWIS | SWAP APPLIANCES | | R | -600.00 |
| 8/7/2020 | BankFirst | 18449 | S CUSTOM BUILT CABINETS | SHELF IN GARAGE | | R | -300.00 |
| 8/7/2020 | BankFirst | 18461 | S REUNION POA | PATIO & F/P ARC REVIEW | | R | -250.00 |
| 8/21/2020 | BankFirst | 18487 | S STEVE CHISHOLM | POUR SIDEWALK | | R | -410.00 |
| **LOT Q8 REUN** | | | | | | | **-1,528.56** |
| 6/26/2020 | BankFirst | 18330 | S PLANTATION MILLWORKS | GLUE DOWN | | R | -204.37 |
| 7/9/2020 | BankFirst | 18365 | S MAGNOLIA LIGHTING | LIGHTING | | R | -175.48 |
| 7/10/2020 | BankFirst | 18373 | S SCOTTIE WINGATE | PAINTER | | R | -1,000.00 |
| 8/21/2020 | BankFirst | 18498 | S JMI | CABINET DOORS | | R | -148.73 |
| **LOT T9 REUN** | | | | | | | **-1,207.58** |
| 6/26/2020 | BankFirst | 18328 | S BBH CONSTRUCTION | FRAMER (REPAIR) | | R | -400.00 |
| 6/26/2020 | BankFirst | 18330 | S PLANTATION MILLWORKS | TIMBERS | | R | -441.91 |
| 7/9/2020 | BankFirst | 18365 | S MAGNOLIA LIGHTING | LIGHTING | | R | -365.67 |
| **LOT U10 REUN** | | | | | | | **-23,145.46** |
| 6/24/2020 | BankFirst | 18318 | BANK PLUS | CONST INTEREST | | R | -9,829.80 |
| 6/30/2020 | BankFirst | 18341 | S CARR PLUMBING | PLUMBING | | R | -1,488.53 |
| 7/1/2020 | BankFirst | 18344 | S ACME BRICK CO | MASONRY SUPPLIES | | R | -569.24 |
| 7/3/2020 | BankFirst | 18356 | S DIRTY DEEDS DISPOSAL | SITE CLEAN UP | | R | -357.00 |
| 7/7/2020 | BankFirst | 18362 | S JMI | CABINET DOORS | | R | -5,334.43 |
| 7/7/2020 | BankFirst | 18363 | S RENFROW INSULATION | BATT INSULATION | | R | -164.99 |
| 7/16/2020 | BankFirst | 18383 | S STEVE CHISHOLM | SILT FENCE | | R | -3,183.46 |
| 7/17/2020 | BankFirst | 18386 | S PRO FLOORING INSTAL... | HARDIE BACKER | | R | -255.00 |
| 7/31/2020 | BankFirst | 18435 | S STEVE CHISHOLM | CUT GRASS | | R | -1,830.00 |
| 8/28/2020 | BankFirst | 18503 | | | | R | -140.00 |
| **LOT U6 REUN** | | | | | | | **-341.37** |
| 6/26/2020 | BankFirst | 18334 | S PULLEN WINDOWS & D... | TRIM | | R | -90.95 |
| 7/10/2020 | BankFirst | 18367 | S STEVE CHISHOLM | MOVE TIMBER | | R | -40.00 |
| 7/17/2020 | BankFirst | 18387 | S PLANTATION MILLWORKS | TIMBERS | | R | -210.42 |
| **LOT U9 REUN** | | | | | | | **-31,289.41** |
| 6/22/2020 | BankFirst | 18310 | COPPER SCULPTURES | MAIL BOX | | R | -321.00 |
| 6/24/2020 | BankFirst | 18313 | S CUSTOM BUILT CABINETS | SCREEN DOOR | | R | -150.00 |
| | | | | SCREEN PORCH | | R | -450.00 |
| 6/30/2020 | BankFirst | 18341 | S CARR PLUMBING | PLUMBING | | R | -1,937.72 |
| 7/2/2020 | BankFirst | 18348 | S THE STONE SOURCE | WOOD FLOORS | | R | -14,121.79 |
| 7/3/2020 | BankFirst | 18354 | CREWS CREATIVE SURF... | STAIN CONCRETE | | R | -771.75 |

9/22/2020

## Itemized Categories
### 6/22/2020 through 9/22/2020 (Cash Basis)

| Date | Account | Num | Description | Memo | Tag | Clr | Amount |
|---|---|---|---|---|---|---|---|
| 7/3/2020 | BankFirst | 18355 | TUBBYS BATHTUB REPA... | CONCRETE COUNTER TOP | | R | -850.00 |
| 7/3/2020 | BankFirst | 18358 | DON LEWIS | INSTALL APPLIANCES | | R | -1,580.00 |
| 7/23/2020 | BankFirst | 18402 | S CARR PLUMBING | PLUMBING | | R | -9,207.65 |
| 7/31/2020 | BankFirst | 18428 | S BUILDERS SPECIALTIES | GAS LOGS | | R | -1,539.00 |
| 8/14/2020 | BankFirst | 18478 | S THE STONE SOURCE | TILE MATERIAL | | | 0.00 |
| 8/14/2020 | BankFirst | 18479 | S THE STONE SOURCE | TILE MATERIAL | | | 0.00 |
| 8/14/2020 | BankFirst | 18500 | S RENFROW INSULATION | FIRE CAULK | | R | -160.50 |
| 8/25/2020 | BankFirst | 18501 | S CUSTOM BUILT CABINETS | ATTIC FLOOR | | | -200.00 |
| | | | | | | | -457.00 |
| **LOT V15 REUN** | | | | | | | |
| 9/4/2020 | BankFirst | 18514 | S STEVE CHISHOLM | REPAIR DRIVEWAY | | | -157.00 |
| | | | | | | | -15,166.84 |
| **LOT W25 REUN** | | | | | | | |
| 6/26/2020 | BankFirst | 18334 | S PULLEN WINDOWS & D... | TRIM | | R | -377.50 |
| 7/3/2020 | BankFirst | 18357 | PREMIER HARDWOOD F... | LAY WOOD FLOORS | | R | -5,954.00 |
| 7/13/2020 | BankFirst | 18377 | S JERRY HALL | CUT GRASS (JEROME) | | R | -50.00 |
| 7/13/2020 | BankFirst | 18380 | BEAR CREEK WATER AS... | | | R | -87.14 |
| 7/13/2020 | BankFirst | 18427 | S STEVE CHISHOLM | INSIDE CLEAN UP | | R | -900.00 |
| | | | | | | R | -220.00 |
| | | | | BED MAINTENANCE | | R | -526.00 |
| | | | | PINE STRAW | | R | -2,621.50 |
| 7/31/2020 | BankFirst | 18434 | S BARRY CLARK PLUMBING | WATER HEATERS | | R | -321.00 |
| 7/31/2020 | BankFirst | 18445 | COPPER SCULPTURES | MAIL BOX | | R | -321.00 |
| 7/31/2020 | BankFirst | 18446 | JACK COOK PA | ESCROW | | | 0.00 |
| 8/7/2020 | BankFirst | 18450 | S STEVE CHISHOLM | INSIDE CLEAN UP | | R | -320.00 |
| | | | | PRESSURE WASH | | R | -120.00 |
| | | | | HANG GAS LANTERN | | R | -120.00 |
| 8/7/2020 | BankFirst | 18462 | S DIRTY DEEDS DISPOSAL | SITE CLEAN UP | | R | -250.00 |
| 8/7/2020 | BankFirst | 18461 | S REUNION POA | FENCE ARC REVIEW | | R | -150.00 |
| 8/12/2020 | BankFirst | 18466 | S STEVE CHISHOLM | MOVED LIGHT FIXTURES | | R | -50.00 |
| 8/12/2020 | BankFirst | 18472 | BARRY CLARK PLUMBING | PLUMBING LEAK | | R | -321.00 |
| 8/14/2020 | BankFirst | 18482 | S JERRY HALL | CUT GRASS (JEROME) | | R | -50.00 |
| 8/14/2020 | BankFirst | 18490 | S WARREN ELECTRIC | ELECT CHANGES | | R | -181.90 |
| 8/25/2020 | BankFirst | 18500 | S RENFROW INSULATION | GARAGE DOORS & MOTO... | | R | -2,546.60 |
| | | | | | | | -12,746.45 |
| **LOT W27 REUN** | | | | | | | |
| 6/26/2020 | BankFirst | 18332 | JEFCOAT FENCE | FENCE | | R | -1,000.00 |
| 7/2/2020 | BankFirst | 18348 | S THE STONE SOURCE | TILE MATERIAL | | R | -27.94 |
| | | | | TILE MATERIAL | | R | -11.26 |
| 7/9/2020 | BankFirst | 18365 | S MAGNOLIA LIGHTING | LIGHTING | | R | -293.18 |
| 7/10/2020 | BankFirst | 18372 | JEFCOAT FENCE | FENCE | | R | -1,000.00 |
| 7/10/2020 | BankFirst | 18374 | PREMIER HARDWOOD F... | LAY WOOD FLOORS | | R | -6,260.00 |

9/22/2020

## Itemized Categories
### 6/22/2020 through 9/22/2020 (Cash Basis)

| Date | Account | Num | Description | Memo | Tag | Clr | Amount |
|---|---|---|---|---|---|---|---|
| 7/16/2020 | BankFirst | 18383 | S RENFROW INSULATION | BLOW IN | | R | -1,815.06 |
| 7/31/2020 | BankFirst | 18437 | JEFCOAT FENCE | FENCE | | R | -1,000.00 |
| 8/14/2020 | BankFirst | 18477 | JEFCOAT FENCE | FENCE | | R | -1,000.00 |
| 8/14/2020 | BankFirst | 18478 | S THE STONE SOURCE | TILE MATERIAL | | R | 0.00 |
| 9/2/2020 | BankFirst | 18511 | S PULLEN WINDOWS & D... | TRIM | | R | -341.54 |
| **LOT W31 REUN** | | | | TRIM | | | **2.53** |
| 6/30/2020 | BankFirst | 18342 | S SPENCER READY MIX | ADDITION | | R | -18,818.40 |
| 7/13/2020 | BankFirst | 18378 | S COWBOY MALONEY | FRIDGE | | R | -717.44 |
| 7/13/2020 | BankFirst | 18379 | S 84 LUMBER CO | SHINGLES | | R | -10,534.15 |
| | | | | FRAMING MATERIAL | | R | -290.20 |
| | | | | | | | -566.60 |
| 7/16/2020 | BankFirst | 18383 | S RENFROW INSULATION | BLOW IN | | R | -1,449.64 |
| | | | | BLOW IN | | R | -550.84 |
| 7/23/2020 | BankFirst | 18402 | S CARR PLUMBING | PLUMBING | | R | -2,745.51 |
| 7/24/2020 | BankFirst | 18408 | WILLIAM HURTT | GUTTERS | | R | -775.00 |
| 7/24/2020 | BankFirst | 18414 | S LAW SUPPLY CORPORA... | SHEETROCK | | R | -801.22 |
| 8/7/2020 | BankFirst | 18449 | S CUSTOM BUILT CABINETS | HANG BARN DOORS | | R | -300.00 |
| 8/21/2020 | BankFirst | 18498 | S JMI | CABINET DOORS | | R | -97.80 |
| **LOT X3 REUN** | | | | | | | **-39,094.29** |
| 6/26/2020 | BankFirst | 18334 | S PULLEN WINDOWS & D... | TRIM | | R | -102.72 |
| 6/30/2020 | BankFirst | 18341 | S CARR PLUMBING | PLUMBING | | R | -10,684.45 |
| 7/2/2020 | BankFirst | 18348 | S THE STONE SOURCE | TILE MATERIAL | | R | -89.05 |
| 7/2/2020 | BankFirst | 18349 | LEXINGTON CONCRETE | DRIVEWAY | | R | -6,654.50 |
| 7/10/2020 | BankFirst | 18366 | SPRINGFIELD HEATING ... | HVAC TRIM | | R | -5,778.00 |
| 7/17/2020 | BankFirst | 18386 | S STEVE CHISHOLM | PRESSURE WASH | | R | -430.00 |
| 7/23/2020 | BankFirst | 18402 | S CARR PLUMBING | PLUMBING | | R | -123.57 |
| 7/27/2020 | BankFirst | 18417 | S COWBOY MALONEY | APPLIANCES | | R | -13,215.54 |
| 7/31/2020 | BankFirst | 18427 | S STEVE CHISHOLM | SITE CLEAN UP | | R | -30.00 |
| | | | | REMOVE TEMP RAILS | | R | -50.00 |
| 8/7/2020 | BankFirst | 18456 | S QUALITY GLASS | MIRRORS | | R | -699.78 |
| 8/21/2020 | BankFirst | 18487 | S STEVE CHISHOLM | SITE CLEAN UP | | R | -40.00 |
| 8/21/2020 | BankFirst | 18498 | S JMI | CABINET DOORS | | R | -352.20 |
| 9/2/2020 | BankFirst | 18511 | S PULLEN WINDOWS & D... | TRIM | | R | -924.48 |
| **LOT X4 REUN** | | | | | | | **-23,753.32** |
| 7/3/2020 | BankFirst | 18352 | PRO FLOORING INSTALL... | HARDIE & WATER PROOF... | | R | -2,780.00 |
| 7/17/2020 | BankFirst | 18386 | S STEVE CHISHOLM | SILT FENCE | | R | -460.00 |
| 7/23/2020 | BankFirst | 18402 | S CARR PLUMBING | PLUMBING | | R | -585.80 |
| | | | | PLUMBING | | R | 685.80 |

# Itemized Categories
### 6/22/2020 through 9/22/2020 (Cash Basis)

| Date | Account | Num | Description | Memo | Tag | Clr | Amount |
|---|---|---|---|---|---|---|---|
| 7/27/2020 | BankFirst | 18418 | LEXINGTON CONCRETE | DRIVEWAY | | R | -6,664.50 |
| 7/31/2020 | BankFirst | 18435 | S PRO FLOORING INSTALL...TILE LABOR | | | R | -6,460.00 |
| 7/31/2020 | BankFirst | 18439 | S DIRTY DEEDS DISPOSAL | SITE CLEAN UP | | R | -650.00 |
| **LOT X6 REUN** | | | | | | | |
| 8/7/2020 | BankFirst | 18450 | S STEVE CHISHOLM | SITE CLEAN UP | | R | -150.00 |
| 8/7/2020 | BankFirst | 18451 | RAUL CHACON | GRADING | | R | -650.00 |
| 8/12/2020 | BankFirst | 18466 | S STEVE CHISHOLM | BRICK MASON (STEPS) | | R | -2,100.00 |
| 8/12/2020 | BankFirst | 18466 | S STEVE CHISHOLM | SLEEVE UNDER DRIVEWAY | | R | -407.50 |
| 8/14/2020 | BankFirst | 18469 | RAUL CHACON | F/P & BRICK COLUMNS | | R | -2,500.00 |
| 8/20/2020 | BankFirst | 18486 | BEAR CREEK WATER AS...WATER BILL | | | R | -87.07 |
| 8/21/2020 | BankFirst | 18498 | S JMI | CABINET DOORS | | | -30.25 |
| 9/4/2020 | BankFirst | 18518 | S PRO FLOORING INSTAL...TILE LABOR | | | R | -754.00 |
| 7/1/2020 | BankFirst | 18345 | CITY OF MADISON | BUILDING PERMIT | | R | -3,952.00 |
| 7/1/2020 | BankFirst | 18346 | CITY OF MADISON | WATER & SEWER | | R | -600.00 |
| 7/1/2020 | BankFirst | 18347 | S SHANNON ARMSTRONG | LOT PREP | | R | -41,105.00 |
| 7/3/2020 | BankFirst | 18350 | S STEVE CHISHOLM | SILT FENCE | | R | -215.00 |
| 7/17/2020 | BankFirst | 18386 | S STEVE CHISHOLM | SILT FENCE REPAIR | | R | -170.00 |
| 7/17/2020 | BankFirst | 18392 | S CHRIS HARALSON | FOUNDATION DRAW | | R | -10,322.00 |
| 7/24/2020 | BankFirst | 18403 | S STEVE CHISHOLM | MOVE FOUNDATION DIRT | | R | -770.00 |
| 7/24/2020 | BankFirst | 18403 | S STEVE CHISHOLM | RECK FORMS | | R | -700.00 |
| 7/24/2020 | BankFirst | 18404 | CHRIS HARALSON | SITE CLEAN UP | | R | -380.00 |
| 7/24/2020 | BankFirst | 18413 | S BARRY CLARK PLUMBING | PLUMBING ROUGH | | R | -5,185.00 |
| 7/24/2020 | BankFirst | 18427 | S STEVE CHISHOLM | JACK HAMMER FORMS | | R | -8,847.38 |
| 7/31/2020 | BankFirst | 18432 | CHRIS HARALSON | FOUNDATION | | R | -240.00 |
| 7/31/2020 | BankFirst | | S STEVE CHISHOLM | SITE CLEAN UP | | R | -1,700.00 |
| 7/31/2020 | BankFirst | | CHRIS HARALSON | FOUNDATION | | R | -1,121.00 |
| 7/31/2020 | BankFirst | EFT | BUILDERS MUTUAL | BUILDERS RISK | | R | -730.00 |
| 8/21/2020 | BankFirst | 18487 | S STEVE CHISHOLM | SITE CLEAN UP | | R | -820.00 |
| 8/28/2020 | BankFirst | 18503 | S STEVE CHISHOLM | SITE CLEAN UP | | R | -360.00 |
| 8/28/2020 | BankFirst | | S STEVE CHISHOLM | MOVER LUMBER | | R | -120.00 |
| 9/4/2020 | BankFirst | 18514 | S STEVE CHISHOLM | SILT FENCE REPAIR / REMOVE BROKES STAKES | | R | -637.00 |
| 9/4/2020 | BankFirst | 18515 | S COPPER CREATIONS | FLASHING | | R | -719.04 |
| 9/4/2020 | BankFirst | 18516 | BBH CONSTRUCTION | FRAMER | | R | -20,704.75 |
| | | | | | | | **-97,398.17** |
| **MISC** | | | | | | | |
| 7/3/2020 | BankFirst | EFT | BANK FIRST | WIRE TRANSFER FEE | | R | -20.00 |
| | | | | | | | **-20.00** |
| **OSBORNE JOB** | | | | | | | |
| 6/30/2020 | BankFirst | 18341 | S CARR PLUMBING | PLUMBING | | R | -4,463.49 |
| | | | | | | | **-4,463.49** |
| **SERVICE CHARGE** | | | | | | | -2,480.42 |

## Itemized Categories

6/22/2020 through 9/22/2020 (Cash Basis)

9/22/2020

| Date | Account | Num | Description | Memo | Tag | Clr | Amount |
|---|---|---|---|---|---|---|---|
| 6/30/2020 | BankFirst | EFT | BANK FIRST | BANK CHARGE | | R | -18.00 |
| 7/13/2020 | BankFirst | 18378 | S COWBOY MALONEY | APPLIANCES | | R | -1,658.30 |
| 7/31/2020 | BankFirst | EFT | BANK FIRST | BANK CHARGE | | R | -25.86 |
| 8/17/2020 | BankFirst | EFT | BANK FIRST | BANK CHARGE | | R | -360.00 |
| 8/18/2020 | BankFirst | EFT | BANK FIRST | BANK CHARGE | | R | -144.00 |
| 8/26/2020 | BankFirst | EFT | BANK FIRST | BANK CHARGE | | R | -36.00 |
| 8/31/2020 | BankFirst | EFT | BANK FIRST | BANK CHARGE | | R | -216.00 |
| 8/31/2020 | BankFirst | EFT | BANK FIRST | BANK CHARGE | | R | -22.28 |

OVERALL TOTAL                -1,410,262.62

Page 18

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of Mississippi

In re   **Castlerock Properties, LLC**

Debtor(s)

Case No.

Chapter   **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept | $ | **5,000.00** |
| Prior to the filing of this statement I have received | $ | **5,000.00** |
| Balance Due | $ | **0.00** |

2.   $ **335.00**   of the filing fee has been paid.

3.   The source of the compensation paid to me was:

   ■ Debtor      □ Other (specify):

4.   The source of compensation to be paid to me is:

   ■ Debtor      □ Other (specify):

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   □ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e.  [Other provisions as needed]

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**September 23, 2020**

*Date*

**/s/ EILEEN N. SHAFFER**

**EILEEN N. SHAFFER**
*Signature of Attorney*
**ATTORNEY AT LAW**
**P O BOX 1177**
**JACKSON, MS 39215-1177**
**(601) 969-3006   Fax: (601) 949-4002**
**eshaffer@eshaffer-law.com**
*Name of law firm*

---

# United States Bankruptcy Court
## Southern District of Mississippi

In re **Castlerock Properties, LLC**              Case No. _____

                                Debtor(s)            Chapter    **7** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Castlerock Properties, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**September 23, 2020** _____
Date

**/s/ EILEEN N. SHAFFER** _____

**EILEEN N. SHAFFER**
Signature of Attorney or Litigant
Counsel for   **Castlerock Properties, LLC** _____
**ATTORNEY AT LAW**
**P O BOX 1177**
**JACKSON, MS 39215-1177**
**(601) 969-3006 Fax:(601) 949-4002**
**eshaffer@eshaffer-law.com**